CO-386-online
10/03

# United States District Court
# For the District of Columbia

TRANSFORMATIONAL  )
STRATEGIES CONSULTING, INC. )
)
　　　　　　　Plaintiff )    Civil Action No._____
vs )
ACS STATE HEALTHCARE, LLC )
)
)
　　　　　　　Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Transformational Strategies Consulting, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Transformational Strategies Consulting, Inc.  which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　Signature

475145　　　　　　　　　　　James A. Sullivan, Jr.
BAR IDENTIFICATION NO.　　Print Name

　　　　　　　　　　　　　　11 N. Wahington St., Suite 700
　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　Rockville　　MD　　20850
　　　　　　　　　　　　　　City　　State　　Zip Code

　　　　　　　　　　　　　　301-762-1600
　　　　　　　　　　　　　　Phone Number