IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRANSFORMATION STRATEGIES CONSULTING, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case Number 1:07-cv-01606-ESH Judge: Ellen S. Huvelle |
| ACS STATE HEALTHCARE, LLC | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT ACS STATE HEALTHCARE, LLC'S
<u>CONSENT MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, defendant ACS State Healthcare, LLC, by and through counsel, respectfully requests an extension of time until October 19, 2007 to move, answer or otherwise respond to the Complaint of Plaintiff Transformation Strategies Consulting, Inc. in the above-captioned action. Defendant currently is required to move, answer or otherwise respond to plaintiff's Complaint on or before October 4, 2007. In a telephone conference with counsel for plaintiff Transformation Strategies Consulting, Inc., counsel for plaintiff has consented to such an extension.

Respectfully submitted,

/s/ Lynn M. Deavers

David E. Mills (D.C. Bar No. 401979)
Lynn M. Deavers (D.C. Bar No. 486306)
Dow Lohnes PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C. 20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222

Counsel For Defendant
ACS State Healthcare LLC

Dated: October 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant ACS State Healthcare, LLC's Consent Motion for Extension of Time was served this 4th day of October, 2007, via electronic mail on the following individual:

>James A. Sullivan, Jr.
>Miles & Stockbridge, P.C.
>11 North Washington Street
>Suite 700
>Rockville, MD 20850-4229
>jsullivan@milesstockbridge.com

Lynn Deavers

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRANSFORMATION STRATEGIES CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>ACS STATE HEALTHCARE, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number 1:07-cv-01606-ESH<br>Judge: Ellen S. Huvelle |

**[PROPOSED] ORDER**

Upon consideration of defendant ACS State Healthcare, LLC's Consent Motion for Extension of Time, it is this _____ day of _____, 2007,

ORDERED that defendant ACS State Healthcare, LLC's motion be, and it hereby is, GRANTED.

SO ORDERED: _____
                    Hon. Ellen S. Huvelle
                    United States District Judge

Copies to:

    David E. Mills
    Lynn M. Deavers
    Dow Lohnes PLLC
    1200 New Hampshire Avenue, NW
    Suite 800
    Washington, D.C. 20036
    dmills@dowlohnes.com
    ldeavers@dowlohnes.com

    James A. Sullivan, Jr.
    Miles & Stockbridge, P.C.
    11 North Washington Street
    Suite 700
    Rockville, MD 20850-4229
    jsullivan@milesstockbridge.com