CO-386-online
10/03

# United States District Court
# For the District of Columbia

TRANSFORMATION STRATEGIES )
CONSULTING, INC. )
)
)
               Plaintiff )    Civil Action No. __1:07-cv-01606-ESH__
vs )
)
ACS STATE HEALTHCARE, LLC )
)
)
              Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __ACS State Healthcare, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ACS State Healthcare, LLC__ which have any outstanding securities in the hands of the public:

Affiliated Computer Services, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Lynn M. Deavers/*
Signature

__486306__
BAR IDENTIFICATION NO.

Lynn M. Deavers
Print Name

1200 New Hampshire Avenue, NW Suite 800
Address

Washington    DC    20036-6802
City    State    Zip Code

(202) 776-2000
Phone Number