A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Transformational Strategies  
Consulting, Inc. )  
      Plaintiff(s) )   **APPEARANCE**  
) 
)  
      vs. )   CASE NUMBER   1:07-cv-01606-ESH  
ACS State Healthcare, LLC )  
)  
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  David E. Mills  as counsel in this
                                 (Attorney's Name)

case for: ACS State Healthcare, LLC  
          (Name of party or parties)

10/11/2007  
Date

*/s/ David E. Mills*  
Signature

David E. Mills  
Print Name

401979  
BAR IDENTIFICATION

1200 New Hampshire Avenue, NW #800  
Address

Washington, D.C.      20036  
City     State     Zip Code

(202) 776-2000  
Phone Number