IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRANSFORMATIONAL STRATEGIES CONSULTING, INC. | * * * | |
| Plaintiff | * * | |
| vs. | * * * | Case No. 07-cv-01606-ESH |
| ACS STATE HEALTHCARE, LLC | * * | |
| Defendant | * | |

**PRAECIPE**

TO THE CLERK:

You will please enter the appearance of J. Stephen McAuliffe, III, as co-counsel for Plaintiff, Transformational Strategies Consulting, Inc. in the within matter.

Respectfully submitted,

/s/ J. Stephen McAuliffe, III

J. STEPHEN McAULIFFE, III – (Bar #432378)
JAMES A. SULLIVAN, JR. – (Bar #475145)
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, Maryland  20850
Telephone (301) 762-1600
Facsimile (301) 762-0363
E-mail: smcauliffe@milesstockbridge.com
E-mail: jsullivan@milesstockbridge.com

Attorneys for the Plaintiff, Transformational Strategies Consulting, Inc.