IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRANSFORMATIONAL STRATEGIES CONSULTING, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number 1:07-cv-01606-ESH<br>Judge: Ellen S. Huvelle |
| ACS STATE HEALTHCARE, LLC | ) ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the parties, through counsel, jointly move to extend the time to respond to two pending motions: (1) Plaintiff's Motion for Summary Judgment, filed on October 12, 2007, and (2) Defendant's Motion for Partial Dismissal, filed on October 19, 2007. The parties have agreed on a briefing schedule for both motions and move the Court to extend the filing dates for the respective oppositions and reply briefs so that the opposition briefs to both motions are due on November 16, 2007, and the reply briefs for both motions are due on November 30, 2007.

Currently, defendant's opposition to plaintiff's Motion for Summary Judgment is due on October 26, 2007, and plaintiff's reply is due on November 5, 2007. Plaintiff's opposition to defendant's Motion for Partial Dismissal is due on November 2, 2007, and defendant's reply is due on November 13, 2007. Extension of these dates as agreed and requested will permit the parties fully to prepare their responses and simplify the briefing schedule.

Accordingly, the parties request that the Court set the following briefing deadlines:

| | |
|---|---|
| November 16, 2007 | Opposition to Plaintiff's Motion for Summary Judgment<br>Opposition to Defendant's Motion for Partial Dismissal |
| November 30, 2007 | Reply to Plaintiff's Motion for Summary Judgment<br>Reply to Defendant's Motion for Partial Dismissal |

WHEREFORE, the parties respectfully request that the Court extend the time to respond to the referenced motions by setting the deadline for the oppositions as November 16, 2007, and the deadline for the replies as November 30, 2007.

Dated: October 24, 2007

Respectfully submitted:

| | |
|---|---|
| \_\_/s/ J. Stephen McAuliffe_____ | \_\_/s/ David E. Mills_____ |
| J. Stephen McAuliffe, III (D.C. Bar No. 432378) | David E. Mills (D.C. Bar No. 401979) |
| James A. Sullivan, Jr. (D.C. Bar No. 475145) | Lynn M. Deavers (D.C. Bar No. 486306) |
| Miles & Stockbridge, P.C. | Dow Lohnes PLLC |
| 11 North Washington Street | 1200 New Hampshire Avenue, N.W. |
| Suite 700 | Suite 800 |
| Rockville, MD 20850-4229 | Washington, D.C. 20036-6802 |
| (301) 762-1600 (telephone) | (202) 776-2000 (telephone) |
| (301) 762-0363 (facsimile) | (202) 776-2222 (facsimile) |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Transformational Strategies Consulting, Inc. | ACS State Healthcare, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Motion for Extension of Time was served this 24th day of October, 2007, pursuant to the Court's CM/ECF filing requirements on the following individuals:

> J. Stephen McAuliffe, III
> James A. Sullivan, Jr.
> Miles & Stockbridge, P.C.
> 11 North Washington Street
> Suite 700
> Rockville, MD 20850-4229
> smcauliffe@milesstockbridge.com
> jsullivan@milesstockbridge.com

                                          /s/ Lynn M. Deavers
                                          Lynn M. Deavers

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRANSFORMATIONAL STRATEGIES CONSULTING, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number 1:07-cv-01606-ESH<br>Judge: Ellen S. Huvelle |
| ACS STATE HEALTHCARE, LLC | ) ) | |
| Defendant. | ) | |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time, it is this

_____ day of October, 2007,

ORDERED that the parties' joint motion be, and it hereby is, GRANTED, and the following new deadlines are applicable:

| | |
|---|---|
| November 16, 2007 | Opposition to Plaintiff's Motion for Summary Judgment<br>Opposition to Defendant's Motion for Partial Dismissal |
| November 30, 2007 | Reply to Plaintiff's Motion for Summary Judgment<br>Reply to Defendant's Motion for Partial Dismissal |

SO ORDERED:   _____
                       Hon. Ellen S. Huvelle
                       United States District Judge

Copies to:

| | |
|---|---|
| J. Stephen McAuliffe, III | David E. Mills |
| James A. Sullivan, Jr. | Lynn M. Deavers |
| Miles & Stockbridge, P.C. | Dow Lohnes PLLC |
| 11 North Washington Street | 1200 New Hampshire Avenue, NW |
| Suite 700 | Suite 800 |
| Rockville, MD 20850-4229 | Washington, D.C. 20036 |
| smcauliffe@milesstockbridge.com | dmills@dowlohnes.com |
| jsullivan@milesstockbridge.com | ldeavers@dowlohnes.com |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Transformational Strategies Consulting, Inc. | ACS State Healthcare, LLC |