**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TRANSFORMATIONAL STRATEGIES )
CONSULTING, INC. )
 )
   Plaintiff, )
 )
  v. )  Case Number 1:07-cv-01606-ESH
 )  Judge: Ellen S. Huvelle
ACS STATE HEALTHCARE, LLC )
 )
   Defendant. )

**DEFENDANT ACS STATE HEALTHCARE, LLC'S**
**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant ACS State Healthcare, LLC ("ACS") respectfully submits this

memorandum in opposition to the Motion for Summary Judgment filed by Plaintiff

Transformational Strategies Consulting, Inc. ("TSCI").

**INTRODUCTION**

This case is contested on both the facts and the law, and plaintiff's motion for

summary judgment must be denied. In this opposition and in its motion for partial

dismissal, defendant ACS demonstrates that under the plain language of the contract (the

"Amendment") TSCI is not entitled to any sum of money as an "Early Termination

Charge" ("ETC"), even assuming there was a termination for convenience. The

termination provision is plain and unambiguous, and it does not support TSCI's claim.

TSCI's selective contract interpretation ignores several key words and would require the

Court to modify the contract's language to suit TSCI's desired outcome. The Court

should grant ACS's motion for partial dismissal and deny TSCI's motion for summary

judgment based on the plain contract language, which would eliminate the central claim

in this case and obviate the need to resolve most of the remaining legal and factual disputes.

But even apart from "plain language" principles, TSCI's summary judgment motion must fail. TSCI could only prevail on its contract interpretation theory if it could convince the Court that the language is ambiguous (which it is not), and even then only if TSCI could also establish the parties' intent. These are factual matters, and they are in dispute. The termination provision was never intended to guarantee TSCI substantial payments throughout the term of the Amendment regardless of whether ACS was making its payments. Under the termination provision, the ETC could be reduced to zero after a fairly short time, if (but only if) ACS made substantial payments along the term of the Amendment, which is precisely what occurred here. So even if TSCI could show that the contract language should be considered ambiguous (which it cannot), it certainly cannot show that the supposed ambiguity must be interpreted in its favor. To the contrary, because TSCI itself drafted the contract (a fact TSCI does not mention), any ambiguity would be interpreted <u>against TSCI</u>.

TSCI's motion also fails because other material facts are in dispute. Even if the termination provision were re-written to suit TSCI's interpretation, TSCI has misstated the facts material to the calculation of an ETC, even under its own theory. For example, TSCI misstates the starting point for the calculation – the "Amended Scope Cost" – as $5.44 million, which fails to follow the definition of that term in the Amendment and erroneously assumes that TSCI provided a full staff of executives from the beginning. Indeed, the Amendment itself requires a reduction of the Amended Scope Cost in the event that TSCI fails to provide full staffing, and, as TSCI well knows (but did not

disclose in its motion), TSCI supplied <u>no executives</u> for the first two months of the Amendment and did not provide a full staff until more than <u>eight months</u> into the term. In addition, TSCI also inflated its calculation of the ETC by refusing to reduce the number of executives supplied under the Amendment after ACS instructed TSCI to make that reduction in June 2007.

Similarly, TSCI is not entitled to summary judgment on its remaining claims, which are disputed on several grounds. In fact, ACS learned that TSCI had systematically overcharged ACS by submitting invoices that included time allegedly worked on weekends and holidays. This self-assigned "overtime" for senior executives was neither authorized under the Amendment nor approved by ACS. Through this process, TSCI padded its invoices by thousands of dollars. This, as well as the failure to reduce the number of executives as described above and other improper charges, resulted in the overstatement of these invoices. These, too, are disputed facts that preclude summary judgment.

### STATEMENT OF FACTS

A.    <u>The Contracts</u>.

In October 2005, ACS and TSCI entered into an agreement (the "Original Agreement") for TSCI to provide executive consulting services regarding the development of ACS's Medicare Management Information Systems ("MMIS"), a software application. (Complaint ¶ 4, Ex. 1 (Original Agreement).) TSCI President and Chief Executive Officer Fernando Salgado and TSCI employee Marilyn Fleming provided executive consulting services pursuant to the Original Agreement. (See Declaration of Tom Burlin ¶ 4.) Mr. Salgado and Ms. Fleming reported to Paul Lehman,

then Chief Information Officer at ACS.  (<u>See</u> Compl. ¶ 4, Ex. 1.)  The Original

Agreement expired by its own terms on April 24, 2007.  (<u>Id.</u>)

      In September 2006, ACS and TSCI executed an Amendment to the Original

Agreement (the "Amendment").  (Compl. ¶ 5; Decl. of Kevin Cleary ¶ 4, Ex. A

(Amendment).)  The Amendment contemplated that, among other things, TSCI would

"Provide Executive Management Resources and Consulting and Advice Regarding

Planning, Start up and Formation Executive Management" for an ACS project called the

"Solution Center."  (Compl. ¶ 7.)  Tom Burlin, Chief Operating Officer of ACS's parent

company, Affiliated Computer Services, Inc. ("ACS, Inc."), and Mr. Lehman were

involved in the negotiation of the Amendment on behalf of ACS.  (Burlin Decl. ¶ 6.)  The

Amendment had a period of twenty-five months and was set to expire on October 15,

2008.  (<u>See</u> Cleary Decl. ¶ 4, Ex. A.)

      TSCI drafted both the Original Agreement and the Amendment.  (Burlin Decl. ¶

7.)

      The Amendment provided that TSCI would supply certain "Senior Executives"

and/or "Senior Specialists" to ACS.  (<u>See</u> Cleary Decl. ¶ 4, Ex. A at 3.)  ACS had the

right to designate how many and what types of executives it would engage under the

contract.  (<u>Id.</u>)  The Amendment provided prices for the executives at fixed annual

amounts, and it further provided that "[t]his pricing is valid for a minimum quantity of 3

Sr. Executives."  (<u>Id.</u>)  There was no provision for a fixed number of hours per day or for

"overtime" pay, as these were high-level executives paid at an annual rate.  (<u>Id.</u>)  They

were required to work a certain number of days per year, but if they had to work long

hours (like any other highly-paid executive) the Amendment did not provide for extra pay

or other benefits.  (Id.)

ACS was to designate the initial number of executives under the Amendment. (Id.)  ACS initially designated six:  four "Senior Executives" at a rate of $530,000.00 per person per year, and two "Senior Specialists" at a rate of $300,000.00 per person per year.  (See Plaintiff's Motion for Summary Judgment, Aff. of Fernando Salgado ¶ 5, Ex. 3.)  This satisfied the "minimum" of three Senior Executives to qualify for the preferred pricing in the Amendment.  The parties later agreed to substitute a "Super CTO" in place of the two "Senior Specialists" at a combined rate of $600,000.00 per year, which resulted in a total of five TSCI personnel with no change in overall cost.  (See Pl. Mot. for S.J. at 6, n.3.)

Pursuant to the Amendment, ACS made an advance payment to TSCI of 10% of what the parties thought would be the total expected contract price (approximately $544,000.00).  (Salgado Aff. ¶ 7, Ex. 5; Cleary Decl. ¶ 5, Ex. B (Invoice SC01).)

In negotiating the Amendment, TSCI had expressed two concerns relevant here. First, TSCI wanted a substantial amount of cash up front to recruit high-level personnel to work on this project.  (Burlin Decl. ¶ 8.)  TSCI was a small company with few resources and little capital.  (Id.)  Naturally, a large deposit and timely payments under the Amendment would provide needed cash to TSCI.  Second, TSCI wanted some assurance that its personnel would not be terminated immediately, before TSCI had recouped its initial investment through contract payments.  (Id.)  The Amendment contains a "Termination" provision at Section 8, which provides in part as follows:

> If, at the ACS's sole discretion, the Agreement for this Amended Scope is terminated for the convenience of ACS; then ACS can, at its sole discretion, select one of the following two options:

a) ACS would be able to modify the scope of assignment of the TSCI resources, for the remainder of the original period of two years, to other projects that require similar skills and experience under the same Terms and Conditions, other than the new amended scope or

b) TSCI shall be paid for the Invoices issue [sic] up to and including the month when the Notice of Termination for Convenience was received by TSCI. In addition, ACS will pay Early Termination Charges in an amount equal to <u>fifty percent (50%) of the remaining balance of the total Amended Scope Cost minus the actual payments received by TSCI</u>, if Termination within the first 18 months period. ACS will pay Early Termination Charges in an amount equal to twenty five percent (25%) of the remaining balance of the total Contract amount of Amended Scope Cost minus the Actual Payments received by TSCI, if Termination within the last six month period of the Contract.

(Compl. ¶ 6; Cleary Decl. ¶ 4, Ex. A at 2 (emphasis added).)

In negotiating the Amendment, there was never any discussion of, or intention to provide for, an "evergreen" provision that would guarantee TSCI a substantial early termination payment throughout the term of the Amendment. And there was no agreement that TSCI would receive "50% of the remaining balance" of the contract in the event of an early termination. (Burlin Decl. ¶ 9.) What TSCI drafted was a termination provision that provided greater protection at the beginning of the term (when very little of the cost would have yet been paid), and had the effect of creating an incentive for ACS to make timely early payments (ensuring TSCI would have the cash it desired). (<u>See</u> Cleary Decl. ¶ 4, Ex. A (Amendment).)

B.    <u>TSCI's Actual Performance Under the Amendment</u>.

The Amendment was effective beginning in September 2006. (<u>See</u> Cleary Decl. ¶ 4, Ex. A (Amendment).) In September and October 2006, however, the first two months of the Amendment's term, TSCI provided no personnel to ACS. (<u>Id.</u> ¶ 6.) In November 2006, three TSCI personnel worked for ACS pursuant to the Amendment, and in December 2006 and January 2007, only two TSCI personnel worked the full month for

ACS. (Id. ¶¶ 7, 8, Exs. C, D (Invoices SC02, SC03).) [1] In February and March 2007, only TSCI employee Dan Acton worked the full month for ACS pursuant to the Amendment. (See Cleary Decl. ¶¶ 9, 10, Exs. E, F (Invoices SC04, SC05).) [2]

In or around March 2007, the focus of the work that ACS needed under the Amendment shifted from the Solution Center project to a project for the State of New Hampshire, and TSCI personnel were assigned to work on a particular version of the MMIS software (the "New Hampshire project"). (Compl. ¶ 8.) The Solution Center was not up and running as intended, but was still in development. (Burlin Decl. ¶ 11.) [3]

In April 2007, Anastasios Tsolakis joined ACS as a Senior Vice President and assumed oversight responsibility for the TSCI personnel under the Amendment. (Compl. ¶ 9.) During that month, four TSCI personnel worked for ACS, but only one worked the full month (Acton). (See Cleary Decl. ¶¶ 10, 12, Exs. F, G (Invoices SC05, SC06).)

TSCI did not provide a full complement of five personnel to ACS until May 2007, over eight months into the Amendment. (See Cleary Decl. ¶¶ 12, 15 Exs. G, H (Invoices SC06, SC07).)

Later in May 2007, ACS determined that TSCI was charging ACS for work allegedly performed on weekends and holidays, without contract authority or ACS approval. (Cleary Decl. ¶ 11.) Kevin Cleary, a Director of Finance for ACS, Inc.'s Government Solutions Group, notified Mr. Acton about these charges, informed Mr.

---

[1]    One TSCI employee worked seven days in December 2006. (Id.)

[2]    One TSCI employee worked eight days in February 2007. (Id.)

[3]    In its motion, TSCI incorrectly implies that the Solution Center was completed, and that Mr. Tsolakis was hired to run a fully operational Solution Center. However, the Solution Center was still in development at this time. (Id.)

Acton that ACS did not approve such charges, and deducted these charges from all invoices received from TSCI.  (Id.)  ACS began deducting these unauthorized "overtime" charges from TSCI's invoices beginning with Invoice SC05 for the period March 5 through April 10, 2007.  (Id. ¶¶ 10-11, Ex. F.)  ACS paid the remaining balance on Invoice SC05 in full.  (Id.)

In May, June and July 2007, TSCI ignored the instructions of ACS and continued to charge ACS for "overtime" hours, which TSCI wrote down as hours worked on weekends and holidays, even though such "overtime" was not contemplated or authorized in the Amendment and was expressly disapproved by ACS.  (Id. ¶¶ 12-13, 15-20, Exs. G-J (Invoices SC06-09).)  ACS again discussed these charges with TSCI and informed TSCI that no approval had been given for this work.  (Id.)  TSCI continued to overcharge ACS in Invoices SC06 for the period April 11 through May 13, 2007 ($16,166.00 for 8 full workdays on weekends), SC07 for the period May 14 through May 31, 2007 ($10,202.00 for 5 full workdays, all on Memorial Day), SC08 for the period June 1 through June 30, 2007 ($10,202.00 for 5 full workdays on weekends), and SC09 for the period July 1 through July 31, 2007 ($1,988.00 for 1 full workday on Independence Day). (Id.)  Accordingly, ACS deducted these amounts from each invoice, and paid the remaining balances in full.  (Id.)

TSCI also charged ACS for work allegedly performed under the Amendment by Mr. Salgado in April 2007, even though the Amendment expressly provided that all work performed by Mr. Salgado would be included in the existing compensation of the Original Agreement, and that it would not be charged to ACS under the Amendment. (See Cleary Decl. ¶ 4, Ex. A at 4, ¶¶ 12, 14, Ex. G (Invoice SC06, billing for 5 workdays

in April 2007).)  TSCI improperly charged ACS for five days of Mr. Salgado's work at a rate of $1,988.00 per day, for a total of $9,940.00 in Invoice SC06 for the period April 11 through May 13, 2007.  (Id.)  ACS deducted $1,988.00 for one unapproved "overtime" day, and mistakenly paid the remaining balance of $7,952.00 in full.  (Id.)  ACS has not received a refund of this amount.  (Id. ¶¶ 14-20, Exs. H-J (Invoices SC07-SC09).)

Although ACS needed TSCI personnel to work on the New Hampshire project and asked them to do so, TSCI personnel were unwilling and/or unable to perform the tasks required of them for that project.  (Decl. of Anastasios Tsolakis ¶ 6.)  Instead, TSCI personnel worked at cross purposes with Mr. Tsolakis and attempted to undermine his leadership by circumventing him and complaining to other ACS executives.  (Id.)  ACS warned TSCI that its personnel must assist Mr. Tsolakis in the development of the New Hampshire project, but TSCI's performance did not improve.  (Id.)  Among other things, TSCI personnel lacked the specific skills to complete the tasks needed by ACS.[4]  (Id.)

In June 2007, Mr. Tsolakis spoke with Mr. Acton and instructed TSCI to reduce its staff from five executives to three executives.  (Id. ¶ 7.)  Specifically, ACS directed TSCI to remove Chris McClenaghan and Mark Baenziger, two TSCI "Senior Executives," because they lacked the skills needed by ACS.  (Id.)  This new designation of personnel was within ACS's contractual rights, and the remaining balance of TSCI

---

[4]     Although TSCI personnel failed to perform as requested, these facts are not described in detail at this point.  Discovery will be required to establish certain misconduct and other performance problems, but these facts are unnecessary to show that summary judgment is inappropriate here.  ACS does not waive its right to raise these matters later, including the defense that TSCI's conduct justified a termination for cause and that the termination should be so considered, as they may be relevant to defend the claims or to support counterclaims.

personnel still satisfied the minimum to entitle ACS to the contract's preferred pricing.[5]

However, despite Mr. Tsolakis's instruction, TSCI refused to reduce its staff and

continued to charge ACS for a full complement of five personnel.  (Id.; see also Cleary

Decl. ¶¶ 12, 15, 17, 19, Exs. G-J (Invoices SC06-SC09).)

In July 2007, TSCI continued to undermine Mr. Tsolakis and attempted to

circumvent his authority with self-serving communications to Mr. Burlin and others.

(See, e.g., Compl. ¶ 11, Ex. 3.)  On July 6, 2007, Fernando Salgado, who previously had

to be removed from ACS due to significant issues, wrote a complaining email to Mr.

Burlin.  (Id.)  Mr. Burlin replied and requested that Mr. Acton meet with Mr. Tsolakis to

discuss TSCI's complaints.  (Id.)  Mr. Burlin also separately informed Mr. Acton that

TSCI was not performing under the Amendment, and that TSCI was required to follow

Mr. Tsolakis's instructions.  (Burlin Decl. ¶ 12; Tsolakis Decl. ¶ 8.)

On July 13, 2007, Mr. Tsolakis notified Mr. Acton that the TSCI staff would

"need to find another sponsor at ACS."  (See Compl. ¶ 15, Ex. 4.)  Despite Mr. Tsolakis's

instruction, TSCI did not find another sponsor at ACS, and all five executives continued

to bill time on the New Hampshire project.  (Tsolakis Decl. ¶ 9.)  TSCI continued to

charge ACS for a full complement of five personnel.  (See Cleary Decl. ¶ 19, Ex. J

(Invoice SC09).)

C.    The Termination of the Amendment.

On August 14, 2007, Mr. Tsolakis informed Mr. Acton that ACS was terminating

the Amendment effective Friday, August 17, 2007.  (Tsolakis Decl. ¶ 10.)  On August 15,

---

[5]    In fact, it exceeded the minimum amount for 3 "Senior Executives," which would
be $1,590,000.00 per year, because ACS would be paying 2 "Senior Executives"
($1,060,000.00) and 1 "Super CTO" ($600,000.00) for a total of $1,660,000.00 per year.

2007, Mr. Acton sent an email to Mr. Tsolakis and stated that if ACS elected to terminate for convenience and not reassign TSCI personnel, it would owe TSCI an ETC of "an amount equal to 50% of the remaining balance of the contract." (See Compl. ¶ 19, Ex. 5.) Mr. Tsolakis confirmed the termination of TSCI and noted that "[t]he basic issue is the mismatch of skills of the TSCI team with the needs of the ACS business. It is not appropriate for ACS to pay for skills that do not meet our needs." (Pl. Mot. for S.J., Salgado Aff. ¶ 18, Ex. 11.) TSCI was terminated on August 17, 2007. (See Compl. ¶ 18.) Mr. Tsolakis did not agree to pay an ETC, and he did not confirm any obligation of ACS to pay an ETC. (Tsolakis Decl. ¶ 11.)

Also on August 17, 2007, TSCI sent a letter to ACS demanding an ETC of $1,762,617.00, or fifty percent (50%) of a "remaining contract balance" that TSCI calculated as $3,525,234.00. (See Compl. ¶ 22, Ex. 6.) TSCI calculated the "remaining contract balance" by subtracting the amounts invoiced through August 2007 of $1,914,766.00, from an Amended Scope Cost of $5,440,000.00. (Id.) TSCI based its calculation of the total Amended Scope Cost on a theoretical full staff of five TSCI personnel during all twenty-five months of the Amendment, even though TSCI provided no personnel to ACS for the first two months of the Amendment and did not provide a full complement of personnel until May 2007, and even though ACS instructed TSCI to reduce its staff to three in June 2007. (Id.) TSCI then multiplied its (erroneous) remaining balance of $3,525,234.00 by fifty percent (50%) to arrive at the claimed ETC of $1,762,617.00. (Id.) Although the language of the termination provision requires that "the actual payments received by TSCI" be subtracted from this amount, TSCI ignored these words. (See Cleary Decl. ¶ 4, Ex. A at 2 (Amendment).)

In addition, TSCI demanded payment of amounts billed to ACS in Invoices SC06, SC07 and SC08 for work allegedly performed by TSCI personnel (or at least <u>billed</u> by TSCI) on weekends and holidays, even though ACS had repeatedly informed TSCI that such billing was unauthorized and unapproved.  (Pl. Mot. for S.J., Salgado Aff. ¶ 25, Ex. 13; <u>see also</u> Cleary Decl. ¶¶ 12-20.)  TSCI also demanded payment of amounts billed to ACS for August 2007, totaling $234,646.00, which also failed to account for the reduction of personnel from five to three.  (<u>Id.</u>)  TSCI demanded a total of $271,216.00 in invoice payments from ACS.  Thus, TSCI demanded a grand total of $2,033,833.00.  (<u>Id.</u>)

      D.     <u>The Proper Calculation of the ETC and Final Invoice</u>.

The proper calculation of the ETC in this case is as follows:

First, the Amended Scope Cost is $3,536,470.00.  This is calculated by adding all of TSCI's actual invoices through June 2007, which is $1,425,856.00 (which excludes improper "overtime" and Mr. Salgado's time), and then adding the remaining balance of the costs, based on the monthly cost of <u>three</u> authorized TSCI personnel (two "Senior Executives" and one "Super CTO") through October 2008 ($2,110,614.00).[6]  (<u>See</u> Cleary Decl. ¶¶ 4-18, Exs. A at 2-3, Exs. B-I (Invoices SC01-SC08).)  This calculation is in accordance with the preferred prices and the formula in the Amendment.  (<u>Id.</u> ¶ 4, Ex. A at 2-3.)

Second, according to TSCI, the total amount invoiced by TSCI as of the termination date is $1,914,766.00.  (<u>See</u> Pl. Mot. for S.J. at 9.)  The correct amount that

---

[6]    This calculation is favorable to TSCI because ACS could have reduced the Amendment much further, and only needed three "Senior Executives" for the contract pricing.  It also includes a "Super CTO," which is really two "Senior Specialists."

should have been invoiced is $1,683,110.00.[7]  When this corrected total amount invoiced is subtracted from the corrected total Amended Scope Cost, the remaining contract balance is $1,853,360.00.  (See Cleary Decl. ¶ 4, Ex. A at 2.)

Third, fifty percent of this amount is $926,680.00.  (Id.)[8]

Finally, subtracting the "actual payments received" by TSCI of $1,639,574.00, the ETC at this point in the contract period is $0.00.  (See Cleary Decl. ¶ 4, Ex. A at 2.)

The disputed invoice amounts to which TSCI claims it is entitled are the "overtime" pay on Invoices SC06, SC07 and SC08, plus the payment for the August invoice.  ACS already paid Invoices SC06, SC07 and SC08 except for the "overtime" amounts, which it does not owe.  The August invoice payment demand from TSCI is overstated because it is based on five executives and should have been reduced to three. The most ACS owes on that invoice is $143,198.00.[9]

---

[7]    This excludes improper "overtime" ($40,546.00 for Invoices SC05-SC09), Mr. Salgado's hours ($7,952.00), and the amounts for the two executives TSCI should have eliminated for July ($91,710.00) and August ($91,448.00).

[8]    This, of course, is the maximum amount to which TSCI could possibly be entitled under its own flawed theory of the ETC, where TSCI refuses to acknowledge the last step of the calculation as set forth in the termination provision, subtracting the "actual payments received."

[9]    This amount is calculated using the contract-specified daily rates of $1,988.00 for each "Senior Executive" and $2,250.00 for the "Super CTO."  With this personnel for twenty-three days in August 2007, the total amount that should be billed is $143,198.00. The improper amounts billed for these two executives were $91,710.00 for July and $91,448.00 for August 2007.

**ARGUMENT**

I.     <u>Summary Judgment Standard</u>.

Summary judgment is appropriate only when, viewing the evidence in the light most favorable to the opposing party, "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56; <u>Anderson v. Liberty Lobby, Inc.</u>, 477 U.S. 242, 247 (1986). The moving party bears the burden of demonstrating the absence of a genuine issue of material fact. <u>See</u> <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 322 (1986). Summary judgment must be denied when "sufficient evidence supporting the claimed factual dispute [is] shown to require a jury or judge to resolve the parties' differing versions of the truth at trial." <u>Anderson</u>, 477 U.S. at 249.

In considering a motion for summary judgment, "evidence of the non-movant is to be believed, and all justifiable inferences are to be drawn in his favor," and "[c]redibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the facts are jury functions, not those of a judge." <u>Anderson</u>, 477 U.S. at 255.

In addition, "questions of intent, which involve intangible factors including witness credibility, are matters for consideration of the fact finder after a full trial." <u>Flynn v. Fischer Tile & Marble, Inc.</u>, 246 F. Supp. 2d 48, 55-56 (D.D.C. 2003) (Huvelle, J.) (denying cross-motions for summary judgment when disputed issues of material fact existed); <u>Bell v. Exec. Comm. of United Food & Commercial Workers Pension Plan for Employees</u>, 191 F. Supp. 2d 10, 15 (D.D.C. 2002) (Huvelle, J.) (denying motion for

summary judgment as premature when "material facts . . . have yet to be developed").

Summary judgment is rarely appropriate in the earliest stages of litigation, before the opposing party has had the chance to gather relevant evidence.  See, e.g., First Am. Bank, N.A. v. United Equity Group, 89 F.R.D. 81, 87 (D.D.C. 1981) (finding summary judgment motion premature before defendants filed answers to complaint); Richardson v. Gutierrez, 477 F. Supp. 2d 22, 30 (D.D.C. 2007) (noting that summary judgment is disfavored early in litigation, when opposing party has had no opportunity to conduct discovery).  Where, as here, there are disputed issues of material fact, summary judgment cannot be granted.  Fed. R. Civ. P. 56; Flynn, 246 F. Supp. 2d at 55-56; Bell, 191 F. Supp. 2d at 15.

II.     Summary Judgment Must Be Denied on the ETC Claim Because There are Material Facts in Dispute and TSCI is Not Entitled to Judgment as a Matter of Law.

        A.    TSCI's Interpretation of the Termination Provision is Legally Incorrect Because It Ignores Key Words and Conflicts with the Plain Meaning of the Contract Language.

TSCI claims it is entitled to an Early Termination Charge of $1,762,617.00 because, according to TSCI, it is entitled to "50% of the remaining balance of the total Amended Scope Cost."  (See Pl. M. for S.J. at 14.)  TSCI bases its argument on a portion of Section 8 of the Amendment, which states that if ACS terminates the Amendment for convenience within the first eighteen months (which is assumed for this purpose):

        . . . ACS will pay Early Termination Charges in an amount equal to fifty percent (50%) of the remaining balance of the total Amended Scope Cost minus the actual payments received by TSCI.

(See Cleary Decl. ¶ 4, Ex. A at 2 (Amendment).)  Although TSCI spends little time explaining its interpretation, it evidently ignores the phrase "minus the actual payments

15

received by TSCI" and calculates the ETC using only the words preceding that phrase in the termination provision. TSCI alleges that there are no material facts in dispute regarding this calculation or amount and that its interpretation of the Amendment is correct as a matter of law. TSCI is flatly wrong.

Under New York law, which governs the interpretation of the Amendment, (see Compl. ¶ 4, Ex. 1 (Original Agreement); Cleary Decl. ¶ 4, Ex. A (Amendment)), where words in a contract are plain and unambiguous, the court must give effect to the plain meaning of the contract language. See Cellular Tel. Co. v. 210 East 86th St. Corp., 839 N.Y.S.2d 476, 480 (N.Y. App. Div. 2007); Fukilman v. 31st Ave. Realty Corp., 835 N.Y.S.2d 343, 344-45 (N.Y. App. Div. 207). New York law also requires an interpretation of a contract that gives meaning to each term. See Riggs v. Riggs, 613 N.Y.S.2d 454, 455 (N.Y. App. Div. 1994). And any interpretation that renders words as mere surplusage must be rejected. In re Estate of Margolin, 687 N.Y.S.2d 109, 110 (N.Y. App. Div. 1999) (interpretation that would render word in an agreement surplusage should be avoided).

In addition, where contracting parties use certain terms or phrases in one part of a contract but omit them from another part, the law presumes that the omission was intentional. See, e.g., Sterling Investor Servs., Inc. v. 1155 Nobo Assocs., LLC, 818 N.Y.S.2d 513, 516 (N.Y. App. Div. 2006) (under New York law, when certain language is omitted from a provision but placed in other provisions, it must be assumed that the omission was intentional); U.S. Fid. & Guar. Co. v. Annunziata, 492 N.E.2d 1206, 1208 (N.Y.1986) (omission in specific contract clause of reference found elsewhere in contract "must be assumed to have been intentional under accepted canons of contract

construction"). New York law requires that a contract be interpreted as a whole. See Perreca v. Gluck, 295 F.3d 215, 224 (2d Cir. 2002) (contract should be read as a whole to give effect to all its provisions and to render them consistent with each other); Mionis v. Bank Julius Baer & Co., Ltd., 749 N.Y.S.2d 497, 502 (N.Y. App. Div. 2002) ("Courts are obliged to interpret a contract so as to give meaning to all of its terms.").

Furthermore, a plain interpretation is not rejected merely because one party does not prefer that interpretation or argues that it is not what they meant to include. Seiden Assocs., Inc. v. ANC Holdings, Inc., 959 F.2d 425, 428 (2d Cir. 1992) (agreement is not ambiguous just because parties urge different interpretations); see also Ruttenberg v. Davidge Data Sys. Corp., 626 N.Y.S.2d 174, 176 (N.Y. App. Div. 1995).

Applying these fundamental principles, the language of the termination provision is plain and unambiguous. This is demonstrated in ACS's Motion for Partial Dismissal, which is incorporated herein, and it will not be repeated fully here. (See Defendant's Motion for Partial Dismissal of Complaint.) In short, however, the ETC is derived under the plain contract language by: (1) calculating the remaining balance of the total Amended Scope Cost (i.e., subtracting the invoiced costs from the total Amended Scope Cost); (2) taking fifty percent of that amount; and (3) subtracting the "actual payments received" by TSCI. As this is on a summary judgment motion, ACS uses the actual numbers supported by affidavits.[10] The correct Amended Scope Cost is $3,536,470.00, and the total amount that should have been invoiced as of the termination date is $1,683,110.00. See p. 12, supra. Thus, the remaining balance of the total Amended

---

[10]    As shown in ACS's motion for partial judgment, which was based on TSCI's allegations and numbers in the Complaint, the balance yields no ETC. The calculation using TSCI's numbers was as follows: ETC = .5 x ($3,525,234.00) - $1,914,766.00.

Scope Cost is $1,853,360.00 ($3,536,470.00 - $1,683,110.00). The "actual payments received" by TSCI is $1,639,574.00. Id. The calculation of the ETC, therefore, is as follows: ETC = .5 x ($1,853,360.00) - $1,639,574.00. Therefore, the ETC yields a negative number, and no ETC is owed at this point in the contract period given the amounts invoiced and actually paid. Id.

The legal flaw in TSCI's calculation is that it ignores the phrase "minus the actual payments received by TSCI." It is obvious that TSCI does not want to subtract the actual payments received, because ACS made substantial actual payments, and the result would yield no ETC. But TSCI cannot rewrite the Amendment, and it cannot ignore a phrase that it finds inconvenient.

In fact, TSCI's interpretation violates all of the fundamental legal principles described above. It violates the principle that all the words in a contract must be given meaning and that no words should be rendered mere surplusage. See Perreca, 295 F.2d at 224; Margolin, 687 N.Y.S.2d at 110.

It also violates the principle that when parties use certain terms or phrases in one part of a contract but omit them from another, the law presumes that the omission was intentional. See Sterling Investor Servs., 818 N.Y.S.2d at 516; Annunziata, 492 N.E.2d at 1208. Here, the parties certainly knew how to use parentheses and, in fact, used parentheses on page 3 to define the "Amended Scope Cost," which "is equal to [(# of Senior Executives * $530,000 + # of Senior Specialist * $300,000) * 2 years]." (Cleary Decl. ¶ 4, Ex. A at 3 (Amendment).) There is no ambiguity in that definition. Plainly, the parties intended to use parentheses there just as mathematics intended – to re-order

---

And, therefore, the ETC yields a negative number.

mathematical operations in a particular way.  The parties intended that the operations within the parentheses be conducted first, and then that the result would be multiplied by "2 years."  In contrast, the parties did not use parentheses on the immediately preceding page 2 for the mathematical operation in the termination provision.  (Id.)  New York law (and common sense) requires that this be taken as intentional; the parties did not intend to alter the mathematical operations in the termination provision on page 2.  Sterling Investor Servs., 818 N.Y.S.2d at 516; Annunziata, 492 N.E.2d at 1208.

TSCI may argue that the language in the termination provision is ambiguous or, perhaps, that their interpretation makes the most sense and should be accepted.  But under New York law, a contract is not ambiguous simply because the parties urge different interpretations.  See, e.g., Seiden Assocs., 959 F.2d at 428 (agreement is not ambiguous just because parties urge different interpretations); Elletson v. Bonded Insulation Co., 708 N.Y.S.2d 511, 513 (N.Y. App. Div. 2000) (finding no ambiguity when contract's plain language showed defendant owed no royalties to plaintiff, because contractual term was not ambiguous simply because plaintiff asserted a different interpretation).  A contractual term is not ambiguous "where one party's view 'strain[s] the contract language beyond its reasonable and ordinary meaning.'"  Elletson, 708 N.Y.S.2d at 513 (internal citations omitted).

It is also important to note that ambiguity cannot help TSCI in this case.  Even if the Court were to find ambiguity in the termination provision (which it should not), New York law requires that the provision be construed against TSCI.  It is well-established that if a contract is ambiguous, it should be construed against the drafting party.  See Revson v. Cinque & Cinque, P.C., 221 F.3d 59, 67 (2d Cir. 2000) (under New York law,

equivocal contract provisions are generally to be construed against the drafter); <u>see</u> 11 Williston on Contracts § 32:12 (4th ed. 2007) ("Since the language is presumptively within the control of the party drafting the agreement, it is a generally accepted principle that any ambiguity in that language will be interpreted against the drafter."). Here, TSCI drafted the Amendment, including the termination provision. (Burlin Decl. ¶ 7.) As a result, New York law requires that the termination provision be construed against TSCI.

Understandably, TSCI would prefer that the Court ignore these seven inconvenient words in calculating the ETC, but such an interpretation is contrary to New York law and therefore must be rejected. Instead, the Court must give effect to all the words in the termination provision in calculating the proper ETC. On this particular point of law, based on the plain meaning of the contract language, ACS is entitled to judgment as a matter of law, not TSCI. And TSCI is not entitled to summary judgment.

> B. TSCI Cannot Obtain Summary Judgment on its ETC Claim Because Facts Material to its Calculations are in Dispute.

Even if the Court were to rewrite the Amendment to reflect TSCI's selective interpretation of the ETC provision (e.g., by adding parentheses or deleting words), summary judgment is nevertheless inappropriate for an entirely independent reason. TSCI's calculation is based on inaccurate and disputed facts. Among other things (which might be further developed in discovery), it plainly uses the wrong number for the Amended Scope Cost, which is the starting point for the calculation, and it includes personnel that ACS instructed TSCI to eliminate from the project.

1. TSCI's "Amended Scope Cost" is Inaccurate Because it
   Ignores the Contract Language and Erroneously Assumes
   Full Staffing was Provided to ACS.

It is undisputed that the ETC is calculated with the Amended Scope Cost as the
starting point. TSCI, however, uses an erroneous Amended Scope Cost, which inflates
its entire calculation.

TSCI uses $5,440,000.00 as the Amended Scope Cost. Indeed, this was the
assumed cost at the outset of the Amendment, based on the personnel that ACS had
requested: four "Senior Executives" at $530,000.00 each per year and two "Senior
Specialists" at $300,000.00 each per year (or one "Super CTO" at $600,000.00 per year,
as subsequently agreed by the parties), for a total of two years. (Cleary Decl. ¶ 4, Ex. A
at 3 (Amendment).) TSCI simply lifts this number off the table and uses it as the
Amended Scope Cost, ignoring the contract language that specifies the formula for the
Amended Scope Cost and ignoring what actually occurred.

TSCI's position is inaccurate and illogical. It is factually inaccurate to use
$5,440,000.00 for the Amended Scope Cost because TSCI never provided the personnel
to justify anywhere near that amount. TSCI provided no personnel at all for the first two
months, and it did not provide a full complement of five executives until May 2007, over
eight months into the contract period. (See Cleary Decl. ¶¶ 5-15, Exs. B-H (Invoices
SC01-SC07).)

TSCI's position also flatly contradicts the language in the Amendment. By the
time of the termination in August 2007, the Amended Scope Cost could be calculated
easily as $3,536,470.00, using the plain language of the Amendment and actual invoices
to calculate the values. This is accomplished by adding all of TSCI's invoices through

June 2007, which show the actual executives supplied.  This amounts to $1,425,856.00 (excluding improper "overtime" and Mr. Salgado's time), and then adding the remaining balance of the costs based on three authorized TSCI personnel (two "Senior Executives" and one "Super CTO") from July 2007 through October 2008 ($2,110,614.00), using the formula in the Amendment to calculate the costs.  (See n.6, supra.)

Rather than go to this trouble, however, TSCI simply uses the original estimated Amended Scope Cost.  TSCI tries to bolster its argument by noting that ACS made an advance payment of $544,000.00, representing ten percent of the estimated contract value.  But this actually undermines TSCI's argument and, in fact, demonstrates a breach of the Amendment by TSCI.  The Amendment expressly provides that where the number of TSCI personnel actually provided is less than the initial estimate, TSCI must prepare a revised Amended Scope Cost to recompute the advance payment and refund the amount overpaid to ACS.  The Amendment provides as follows:

> TSCI will submit an invoice for an advance payment equal to 10% of the Amended Scope Cost within one day of this Amendment signature. Should the number of TSCI personnel actually engaged differ from the initial number designated at contract signing, then the advanced payment will be recomputed and the difference will be reimbursed to ACS.

(Cleary Aff. ¶ 4, Ex. A (Amendment) at 4 (emphasis added).)

TSCI never recomputed the Amended Scope Cost and never reimbursed ACS for the difference.  (See Cleary Decl. ¶¶ 5-19, Exs. B-J (Invoices SC01-SC09).)  Plainly, TSCI cannot rely on ACS's over-payment of $544,000.00 (which TSCI never recomputed or refunded) to prop up an otherwise illogical and counterfactual Amended Scope Cost.

2.  TSCI's "Amended Scope Cost" is Inaccurate Because it
<u>Ignores the Personnel Reduction ACS Directed in June 2007.</u>

TSCI's calculation of the Amended Scope Cost is also incorrect because it does not reflect the number of TSCI personnel ACS authorized under the Amendment.  In June 2007, ACS specifically instructed TSCI to reduce its personnel from five to three, because TSCI personnel did not have the skills needed by ACS.  (Tsolakis Decl. ¶¶ 6-7.)  Specifically, ACS directed TSCI to remove Chris McClenaghan and Mark Baenziger, two TSCI "Senior Executives" that were consistently unable to perform the work needed by ACS.  (<u>Id.</u> ¶ 7.)  ACS was well within its contractual rights to make this change; the Amendment does not restrict ACS's ability to reduce TSCI personnel.  (<u>See</u> Cleary Decl. ¶ 4, Ex. A (Amendment).)  Indeed, the Amendment's only restriction is for pricing, i.e., that the preferred pricing "is valid for a minimum of 3 Sr. Executives."  (<u>Id.</u>)  Here, ACS instructed a reduction that would keep two "Senior Executives" and one "Super CTO," which would provide <u>greater</u> compensation to TSCI than if three "Senior Executives" remained.  (<u>See</u> n.4, <u>supra</u>.)  Thus, even the preferred pricing remained intact.

Inexplicably, TSCI refused to reduce its personnel to three, and it continued to charge ACS for five personnel in and after June 2007.  (Tsolakis Decl. ¶ 7; Cleary Decl. ¶¶ 17-20, Exs. I-J (Invoices SC08-SC09).)  TSCI's refusal to make this reduction and its continued billing for five personnel was improper.  (<u>See</u> Cleary Decl. ¶ 4, Ex. A (Amendment).)  Certainly, the Amended Scope Cost for the calculation of the ETC cannot reflect unauthorized personnel.

III. Summary Judgment Must be Denied on TSCI's Other Claims Because TSCI
Repeatedly Overcharged ACS and is Not Entitled to the Amounts Claimed.

TSCI also claims that money is owed on certain invoices. Summary judgment is
inappropriate on those claims because the material facts are in dispute.

A. TSCI Improperly Charged ACS for Work Performed by Fernando
Salgado.

TSCI improperly charged ACS for work allegedly performed by its President,
Fernando Salgado, in April 2007, in breach of the plain language of the Amendment.
TSCI billed ACS for five days of work allegedly performed by Mr. Salgado under the
Amendment in April 2007, at a rate of $1,988.00 per day, for a total of $9,940.00. (See
Cleary Decl. ¶¶ 12-14, Ex. G (Invoice SC06, containing amounts due for work by
Salgado during the week of April 11, 2007 and April 16, 2007).)

This was improper. The Amendment provides that "[a]ctivities related to this
statement of work (Exhibit 2) performed by Fernando Salgado will be included in the
existing compensation of Exhibit 1 [the Original Agreement]." (Cleary Decl. ¶ 4, Ex. A
at 4.) Thus, TSCI charged ACS for Mr. Salgado's work in breach of the Amendment.
ACS deducted $1,988.00 for one unapproved "overtime" day, and mistakenly paid the
remaining balance of $7,952.00 in full. (Id. ¶¶ 12-14, Ex. G (Invoice SC06).) ACS has
not received a refund of this amount. (Id. ¶¶ 14-20, Exs. H-J (Invoices SC07-SC09).)

B. TSCI Improperly Charged ACS for Unauthorized "Overtime."

Similarly, TSCI is not entitled to recovery on the alleged shortfalls TSCI claims
for Invoices SC06, SC07 and SC08. These are the invoices that include charges for work
allegedly performed by TSCI personnel on weekends and holidays, which was neither

24

authorized under the Amendment nor approved by ACS.  (See Cleary Decl. ¶ 4, Exs. A

(Amendment), ¶¶ 12-18, Exs. G-I (Invoices SC06-SC08).)

The personnel that TSCI provided to ACS under the Amendment were high-level

and highly paid executives.  (See Cleary Decl. ¶ 4, Ex. A (Amendment).)  ACS paid

salaries for these professionals under the Amendment at a rate of $530,000.00 each per

year for "Senior Executives" and $600,000.00 per year for the "Super CTO."  (Id. at 3.)

The Amendment naturally does not provide for payment on an hourly basis – indeed

there are no set hours per day – because these are salaried, high-level executives.  (Id.)  If

they were required to work long hours, that was part of the job.  They were hired to

provide executive-level consulting services to ACS, and, accordingly, were compensated

with commensurate salaries.  (Id.)  They do not get overtime pay under the Amendment.

The parties understood that it may be necessary for the TSCI executives to work long

hours to complete the work needed by ACS.  (Burlin Decl. ¶ 10.)

It was entirely inappropriate for TSCI to invoice ACS for time allegedly spent on

weekends and holidays.  In fact, there is reason to believe that these personnel did not

even work on those days but rather wrote the hours down just to get paid for "long hours"

on other days that they worked during the week.  (See Cleary Decl. ¶¶ 12-18, Exs. G-I

(Invoices SC06-SC08).)  Whatever improper conduct occurred will surface in discovery,

but it is clear that these amounts should not have been paid, and certainly TSCI is not

entitled to summary judgment on those amounts.

C.  TSCI's August 2007 Invoice Should be Reduced to Reflect the
Number of Personnel Requested by ACS.

Finally, TSCI is not entitled to recover the amount claimed in Invoice SC10 for

August 2007.  As discussed above, in June 2007 ACS directed that TSCI reduce its

personnel from five to three. (See II.B., supra.) However, despite ACS's instruction, TSCI did not reduce its personnel. (See Cleary Decl. ¶¶ 17-20, Exs. I-J (Invoices SC08-SC09).) ACS's refusal to reduce its personnel had two effects: (1) TSCI overcharged ACS for five personnel in August 2007; and (2) as discussed above, TSCI improperly used an assumption of five personnel to calculate its Amended Scope Cost through the end of the term, resulting in an inflated ETC. (See II.B.2., supra.)

Specifically, TSCI's August 17, 2007 Invoice demands payment for twenty-three work days for four "Senior Executives" and one "Super CTO" in August, for a total of $234,646.00. (Pl. Mot. for S.J., Salgado Aff. ¶ 24, Ex. 12 (Invoice SC10: "Early Termination Full Month of August (23 work days for 4 Sr. Execs + 1 CTO)").) Because ACS instructed TSCI to reduce its personnel to two "Senior Executives" and one "Super CTO" in June 2007, the August 2007 Invoice should be reduced to $143,198.00. (See n.4, supra.) Thus, TSCI overcharged ACS for August 2007 by $91,448.00.[11] Plainly, TSCI is not entitled to summary judgment on its invoice claims.

---

[11]    ACS overpaid for July 2007 as well, which will be addressed at an appropriate time.

## <u>CONCLUSION</u>

For the foregoing reasons, ACS respectfully requests that this Court deny TSCI's

motion for summary judgment.

Dated:   November 16, 2007                    Respectfully submitted,


                                             __/s/ David E. Mills_____
                                             David E. Mills (D.C. Bar No. 401979)
                                             Lynn M. Deavers (D.C. Bar No. 486306)
                                             Dow Lohnes PLLC
                                             1200 New Hampshire Ave., NW
                                             Suite 800
                                             Washington, D.C.  20036
                                             Telephone: (202) 776-2000
                                             Facsimile: (202) 776-2222
                                             dmills@dowlohnes.com
                                             ldeavers@dowlohnes.com

                                             Counsel for Defendant
                                             ACS State Healthcare, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRANSFORMATIONAL STRATEGIES | ) | |
| CONSULTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 1:07-cv-01606-ESH |
| | ) | Judge: Ellen S. Huvelle |
| ACS STATE HEALTHCARE, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ACS STATE HEALTHCARE, LLC'S
STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN RESPONSE TO
PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure 56(c) and Local Rules 7(h) and 56.1,

Defendant ACS State Healthcare, LLC ("ACS") respectfully submits this Statement of

Genuine Issues of Material Fact Necessary to Be Litigated in response to Plaintiff's

Statement of Undisputed Material Facts.[1]

6.     Defendant disputes plaintiff's characterization of $5,440,000.00 as the total

contract price. This total was derived at the outset of the Amendment based on the

assumption that TSCI would provide a full complement of personnel to ACS under the

Amendment. In fact, TSCI did not provide full staffing until May 2007. Thus, the

$5,440,000.00 value estimated by TSCI when it issued its initial invoice does not reflect

the actual total contract price or the Amended Scope Cost. (See Declaration of Kevin

---

[1]     ACS disputes many of the facts asserted by TSCI, as set forth herein. In addition,
many other facts are relevant to show that summary judgment is inappropriate, and ACS
refers the Court to the Statement of Facts in its Memorandum of Points and Authorities in
Opposition to Plaintiff's Motion for Summary Judgment, which contains additional
"material facts as to which . . . there exists a genuine issue necessary to be litigated."
Local Rule 7.1(h).

Cleary ¶¶ 5-20, Exs. B-J (Invoices SC01-09).)

10.    Defendant disputes that this paragraph contains material facts.  In addition, defendant disputes TSCI's implication that the Solution Center was up and running as intended by ACS.  The Solution Center was not running as intended at that time.  In fact, before the Solution Center project could be completed, ACS had to shift its focus to a project for the State of New Hampshire.  (Decl. of Tom Burlin ¶ 11.)

13.    Defendant disputes TSCI's allegation that "TSCI had a team of five (5) senior executive consultants fully engaged in work for the ACS Solutions Center."  TSCI did not provide a full complement of personnel to ACS pursuant to the Amendment until May 2007.  Moreover, TSCI never had a team of five "Senior Executives," as defined in the Amendment.  Rather, when TSCI provided a full complement of personnel in May 2007, the staff consisted of four (4) "Senior Executives" and one (1) "Super CTO" (in place of two "Senior Specialists," as agreed upon by the parties).  (See Cleary Decl. ¶¶ 5-15, Exs. B-H (Invoices SC01-SC07).)  ACS also disputes that TSCI's personnel were "fully engaged" in work for the ACS Solution Center because they were not performing as instructed or required.  (Decl. of Anastasios Tsolakis ¶¶ 6-8.)

14.    Defendant disputes that this paragraph contains material facts.  In addition, while it is not disputed that an email was sent, to the extent its content is asserted as fact, it is disputed.

15.    Defendant disputes that this paragraph contains material facts.

16.    Defendant disputes that this paragraph contains material facts.

17.    Defendant disputes that this paragraph contains material facts.

19.     Defendant disputes TSCI's allegation that "Tom Burlin and other ACS executives told Mr. Tsolakis to continue to work with TSCI."  Mr. Burlin did not tell Mr. Tsolakis to continue to work with TSCI.  (See Decl. of Tom Burlin ¶ 12.)

20.     Defendant disputes plaintiff's characterization of Mr. Tsolakis's conversation with Mr. Acton.  Mr. Tsolakis informed Mr. Acton that TSCI personnel lacked the skills to complete the tasks needed by ACS.  Mr. Tsolakis informed Mr. Acton via email on August 16, 2007 that "[t]he basic issue is the mismatch of skills of the TSCI team with the needs of the ACS business.  It is not appropriate for ACS to pay for skills that do not meet our needs." (See Pl. Mot. for S.J., Salgado Aff. ¶ 18, Ex. 11; Tsolakis Decl. ¶ 10.)

21.     Defendant disputes plaintiff's characterization of Mr. Tsolakis's email to Mr. Acton.  Mr. Tsolakis never agreed to or confirmed that it was appropriate for TSCI to assess ACS an Early Termination Charge under the termination provision of the Amendment.  (Tsolakis Decl. ¶ 11.)

22.     Defendant disputes that this paragraph contains material facts.  In addition, while it is not disputed that an email was sent, to the extent its content is asserted as fact, it is disputed.

23.     Defendant disputes plaintiff's characterization of Mr. Tsolakis's communication with Mr. Acton.  Mr. Tsolakis did not confirm any alleged obligation of ACS to pay an Early Termination Charge under the termination provision of the Amendment.  (Id.)

24.     Defendant disputes plaintiff's characterization of ACS's actions.  ACS repeatedly notified TSCI that its personnel lacked the skills necessary for ACS's projects, yet TSCI ignored ACS's complaints, failed to improve and refused to reduce the number

of personnel assigned to ACS under the Amendment.  (See Tsolakis Decl. ¶¶ 6-8; Burlin Decl. ¶ 12.)

25.     Defendant disputes plaintiff's characterization of ACS's actions.  On July 13, 2007, Mr. Tsolakis notified Mr. Acton that TSCI would need to find another sponsor at ACS.  (See Pl. Mot. for S.J., Salgado Aff. ¶ 13, Ex. 8; Cleary Decl. ¶ 4, Ex. A at 2 (Amendment).)

26.     Defendant disputes plaintiff's calculation of the total Amended Scope Cost of the Amendment.  Plaintiff's calculation of the total Amended Scope Cost is incorrect because it incorrectly assumes that TSCI provided a full complement of personnel to ACS for the entire duration of the Amendment.  TSCI provided no staff to ACS for the first two months of the Amendment, and did not provide a full complement of personnel to ACS until May 2007, over eight months after the Amendment took effect.  (See Cleary Decl. ¶¶ 5-20, Exs. B-J (Invoices SC01-SC09).)

27.     Defendant disputes plaintiff's characterization and calculation of the Early Termination Charge.  Plaintiff's calculation of the total Amended Scope Cost, used to derive the Early Termination Charge ("ETC"), is incorrect, as discussed in paragraph 26, above.  In addition, plaintiff's calculation ignores key words in section 8(b), which specify that the ETC shall be calculated as "fifty percent (50%) of the remaining balance of the total Amended Scope Cost minus the actual payments received by TSCI."  Plaintiff does not subtract the amount of actual payments received by TSCI, as expressly required in section 8(b).  Subtracting the actual payments received by TSCI yields no positive value for the ETC, and therefore no ETC would be required under the Amendment.  (See Cleary Decl. ¶ 4, Ex. A at 2 (Amendment); Pl. Mot. for S.J. at 9, 14.)

28.     Defendant disputes plaintiff's allegation that ACS owes TSCI for certain amounts on Invoices SC06 through SC10.  Plaintiff's alleged "shortfalls" from Invoices SC06 through SC08 reflect amounts deducted by ACS for work allegedly performed by TSCI staff on weekends and holidays, without contract authority or approval by ACS. ACS informed TSCI that it did not approve such work, and repeatedly demanded that TSCI stop this billing practice.  Plaintiff's alleged "shortfalls" are actually amounts overcharged to ACS, and plaintiff is not entitled to recover those amounts.  (See Cleary Decl. ¶¶ 12-18, Exs. G-I (Invoices SC06-SC08).)

29.     Defendant disputes plaintiff's characterization of counsel for TSCI's letter. Counsel for TSCI sent a letter to ACS on August 17, 2007, demanding payment in the amount of $2,033,833.00.  In that letter, counsel for TSCI claimed that this amount was calculated using section 8(b) of the Amendment.  However, this calculation is incorrect because it is based upon a total Amended Scope Cost that incorrectly assumes full staffing by TSCI for the duration of the Amendment, as discussed in paragraph 26, above, and ignores key words in section 8(b) in calculating the ETC, as discussed in paragraph 27, above.  (See Pl. M. for S.J., Salgado Aff. ¶ 25, Ex. 13 (August 17, 2007 Letter); Pl. Mot. for S.J. at 9, 14; Cleary Decl. ¶ 4, Ex. A at 2 (Amendment).)

30.     Defendant disputes plaintiff's allegation that ACS's refusal to pay the amount demanded in the August 17, 2007 letter is a material breach of its contract with TSCI. Plaintiff is not entitled to the amount demanded in the August 17, 2007 letter, as discussed in paragraphs 26 through 29, above.

31.     Defendant disputes plaintiff's allegation that it "has incurred a loss of $2,033,833.00 as a result of the breach by ACS of the Agreement."  Plaintiff has not

incurred a loss in that amount because it is not entitled to that amount, as discussed in

paragraphs 26 through 29, above.  Defendant further disputes that it breached the

Amendment.

Dated:  November 16, 2007                    Respectfully submitted,


                                             __/s/ David E. Mills_____
                                             David E. Mills (D.C. Bar No. 401979)
                                             Lynn M. Deavers (D.C. Bar No. 486306)
                                             Dow Lohnes PLLC
                                             1200 New Hampshire Ave., NW
                                             Suite 800
                                             Washington, D.C.  20036
                                             Telephone: (202) 776-2000
                                             Facsimile: (202) 776-2222
                                             dmills@dowlohnes.com
                                             ldeavers@dowlohnes.com

                                             Counsel for Defendant
                                             ACS State Healthcare, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment and Statement of Genuine Issues of Material Fact were served this 16th day of November, 2007, pursuant to the Court's CM/ECF filing requirements on the following individuals:

> J. Stephen McAuliffe, III
> James A. Sullivan, Jr.
> Miles & Stockbridge, P.C.
> 11 North Washington Street
> Suite 700
> Rockville, MD 20850-4229
> smcauliffe@milesstockbridge.com
> jsullivan@milesstockbridge.com

    /s/ Lynn M. Deavers
Lynn M. Deavers

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TRANSFORMATIONAL STRATEGIES )
CONSULTING, INC. )
                          )
       Plaintiff, )
                          )
   v. )         Case Number 1:07-cv-01606-ESH
                          )         Judge: Ellen S. Huvelle
ACS STATE HEALTHCARE, LLC )
                          )
      Defendant. )

### DECLARATION OF TOM BURLIN
### IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF TSCI

Tom Burlin hereby declares and states:

1.      My name is Tom Burlin. I am over eighteen (18) years of age and fully competent to make this Affidavit. I am providing this declaration in support of Defendant ACS State Healthcare, LLC's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment.

2.      I am the Chief Operating Officer of Affiliated Computer Services, Inc.

3.      ACS State Healthcare, LLC ("ACS") entered into an Agreement (the "Original Agreement") with Transformational Strategies Consulting, Inc. ("TSCI") to provide executive consulting services regarding the development of ACS's Medicare Management Information Systems ("MMIS") software application on or about October 12, 2005.

4.      Fernando Salgado and Marilyn Fleming of TSCI provided executive consulting services to ACS pursuant to the Original Agreement.

5.      ACS and TSCI entered into an Amendment to the Original Agreement (the "Amendment") to provide executive consulting regarding the planning, start-up and formational executive management of the ACS Solution Center on or about September 18, 2006.

6.      Paul Lehman and I, among others, were involved in the negotiation of the Amendment on behalf of ACS.

7.      TSCI drafted the Original Agreement and the Amendment.

8.      When the parties negotiated the Amendment, TSCI made clear that it needed a substantial amount of up-front cash to recruit high-level personnel to work for ACS. TSCI was a small start-up company with little capital or resources.  TSCI needed money. The early termination provision was intended to be a short term assurance that ACS would not terminate TSCI personnel immediately.  TSCI wanted to recoup the investment it would make in recruiting executives.

9.      The parties did not intend the early termination provision to be an "evergreen" provision under which TSCI would be assured a substantial sum throughout the term of the Amendment if ACS terminated.  ACS did not agree to pay TSCI "50% of the remaining balance" of the contract if ACS terminated the Amendment early.

10.      The parties intended that TSCI would provide high-level executive consulting services to ACS pursuant to the Amendment.  The TSCI executives were compensated with commensurate salaries.  ACS and TSCI knew that to complete the work needed by ACS, the TSCI executives may have to work long hours.  Executives at that level would not have received overtime pay for long hours, and the Amendment was not intended to provide for that.

11.    In March 2007, ACS shifted its focus to the development of a version of the MMIS software for the State of New Hampshire and directed the TSCI personnel to assist in this effort. At this time, ACS was still working on the development of the Solution Center project.

12.    In July 2007, I warned Dan Acton that TSCI was not performing under the Amendment, and I reiterated to Mr. Acton that TSCI personnel were required to follow the instructions given by Tasos Tsolakis. I later learned that TSCI's performance had not improved. I did not instruct Mr. Tsolakis to continue to work with TSCI.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2007.

Tom Burlin

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRANSFORMATIONAL STRATEGIES CONSULTING, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case Number 1:07-cv-01606-ESH ) Judge: Ellen S. Huvelle |
| ACS STATE HEALTHCARE, LLC | ) ) |
| Defendant. | ) |

**DECLARATION OF ANASTASIOS TSOLAKIS
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF TSCI**

Anastasios Tsolakis hereby declares and states:

1.    My name is Anastasios Tsolakis. I am over eighteen (18) years of age and am fully competent to make this Affidavit. I am providing this declaration in support of Defendant ACS State Healthcare, LLC's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment.

2.    I am the Senior Vice President for the Solution Center for ACS State Healthcare, LLC ("ACS").

3.    ACS entered into an Agreement (the "Original Agreement") with Transformational Strategies Consulting, Inc. ("TSCI") to provide executive consulting services regarding the development of ACS's Medicare Management Information Systems ("MMIS") software application on or about October 12, 2005.

4.    ACS and TSCI entered into an Amendment to the Original Agreement (the "Amendment") to provide executive consulting services regarding the planning, start-up and formational executive management of the ACS Solution Center on or about

September 18, 2006.

5.     I joined ACS in April 2007 and was responsible for directing the work of the TSCI executives provided to ACS under the Amendment. At this time, TSCI executives were assigned to work on a version of the MMIS software for the State of New Hampshire (the "New Hampshire project"). The Solution Center project was not yet completed or fully operational.

6.     ACS directed the TSCI executives provided under the Amendment to work on the New Hampshire project. TSCI personnel were unwilling and/or unable to perform the work needed by ACS. They lacked the necessary skills. During that time, TSCI personnel complained about the project directly to Tom Burlin, Chief Operating Officer of Affiliated Computer Services, Inc. ("ACS. Inc.") and Chris Deelsnyder, Managing Director of ACS, Inc.'s Government Healthcare Solutions group. TSCI was warned that it needed to support me and to perform according to my directions and needs.

7.     In June 2007, I spoke with Dan Acton and instructed TSCI to reduce its staff to three executives. I specifically directed TSCI to remove Chris McClenaghan and Mark Baenziger, two TSCI "Senior Executives," because they were consistently unable to perform the work needed by ACS. Despite my instruction, TSCI did not reduce its staff.

8.     In July 2007, Mr. Burlin warned Dan Acton that TSCI was not performing under the Amendment as directed or needed. TSCI continued to lack the skills necessary to perform the work needed by ACS.

9.     On July 13, 2007, I informed Dan Acton via email that TSCI would "need to find another sponsor at ACS." TSCI did not find another sponsor at ACS. Instead, all five TSCI executives continued to bill all of their time on the New Hampshire project.

2

10.    On August 14, 2007, I notified Dan Acton that ACS was terminating the

Amendment as of Friday, August 17, 2007. I confirmed TSCI's termination in an email

to Mr. Acton on August 16, 2007. In that email, I informed Mr. Acton that "[t]he basic

issue is the mismatch of skills of the TSCI team with the needs of the ACS business. It is

not appropriate for ACS to pay for skills that do not meet our needs."

11.    I did not agree to pay, or confirm any obligation on the part of ACS to pay an

Early Termination Charge to TSCI in my communications with Mr. Acton.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2007.

Anastasios Tsolakis

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRANSFORMATIONAL STRATEGIES CONSULTING, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ACS STATE HEALTHCARE, LLC | ) ) ) |
| Defendant. | ) |

Case Number 1:07-cv-01606-ESH
Judge: Ellen S. Huvelle

## DECLARATION OF KEVIN CLEARY
## IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF TSCI

Kevin Cleary hereby declares and states:

1.     My name is Kevin Cleary. I am over eighteen (18) years of age and fully competent to make this Affidavit. I am providing this declaration in support of Defendant ACS State Healthcare, LLC's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment.

2.     I am a Director of Finance for the Government Solutions Group of Affiliated Computer Services, Inc. ("ACS, Inc.").

3.     ACS State Healthcare, Inc. ("ACS") entered into an Agreement (the "Original Agreement") with Transformational Strategies Consulting, Inc. ("TSCI") to provide executive consulting services regarding the development of ACS's Medicare Management Information Systems ("MMIS") software application on or about October 12, 2005.

4.     ACS and TSCI entered into an Amendment to the Original Agreement (the "Amendment") to provide executive consulting services regarding the planning, start-up

and formational executive management of the ACS Solution Center on or about
September 18, 2006. A true and correct copy of the Amendment is attached hereto as
**Exhibit A**.

5.      In September 2006, TSCI billed ACS for an advance payment of $544,000 in
Invoice SC01. This amount represented ten percent (10%) of the estimated contract price
at the time, assuming the Amendment were fully staffed by TSCI throughout the term.
Invoice SC01 does not include charges for any TSCI personnel. ACS paid Invoice SC01
in full. A true and correct copy of Invoice SC01 is attached hereto as **Exhibit B**.

6.      TSCI did not provide any executives under the Amendment in September or
October 2006.

7.      In November 2006, TSCI provided three executives to ACS pursuant to the
Amendment. In December 2006, TSCI provided two executives to ACS for the full
month for ACS. One additional executive worked for ACS for seven days in December
2006. TSCI billed ACS for the period November 6 through December 31, 2006 in
Invoice SC02. ACS paid Invoice SC02 in full. A true and correct copy of Invoice SC02
is attached hereto as **Exhibit C**.

8.      From January 1 through February 4, 2007, TSCI provided two executives to
ACS for the full month. TSCI billed ACS for this work in Invoice SC03. ACS paid
Invoice SC03 in full. A true and correct copy of Invoice SC03 is attached hereto as
**Exhibit D**.

9.      From February 5 through March 4, 2007, TSCI provided one executive, Dan
Acton, to ACS. One additional executive worked for ACS for seven days during this

2

period. TSCI billed ACS for this work in Invoice SC04. ACS paid Invoice SC04 in full. A true and correct copy of Invoice SC04 is attached hereto as **Exhibit E**.

10.    From March 5 through April 10, 2007, TSCI provided one executive, Dan Acton, to ACS. TSCI billed ACS for this work in Invoice SC05. A true and correct copy of Invoice SC05 is attached hereto as **Exhibit F**.

11.    In May 2007, ACS determined that TSCI had charged ACS in Invoice SC05 for work allegedly performed by Dan Acton on weekends and holidays. I notified Dan Acton about these charges, and informed him that ACS did not authorize or approve these charges. After that notification that these charges were unapproved, ACS deducted these charges from Invoice SC05. ACS paid the remaining balance of Invoice SC05 in full.

12.    From April 11 through May 13, 2007, TSCI provided four executives to ACS. TSCI billed ACS for this work in Invoice SC06. A true and correct copy of Invoice SC06 is attached hereto as **Exhibit G**.

13.    After reviewing Invoice SC06, ACS determined that TSCI had included charges for eight (8) full workdays on weekends and holidays. I again notified TSCI about these charges, and informed TSCI that ACS did not authorize or approve these charges. After that notification that these charges were unapproved, ACS deducted these charges from Invoice SC06. ACS paid the remaining balance of Invoice SC06 in full.

14.    TSCI charged ACS for five days of work by Fernando Salgado, TSCI's President and Chief Executive Officer, in April 2007. TSCI billed Mr. Salgado's time at a rate of $1,988.00 per day, for a total of $9,940.00. This amount was billed by TSCI in Invoice SC06. ACS deducted $1,988.00 for one unapproved "overtime" day, and

mistakenly paid the remaining balance of $7,952.00 in full. ACS has not received a refund of this amount.

15.    From May 14 through May 31, 2007, TSCI provided five executives to ACS. TSCI billed ACS for this work in Invoice SC07. A true and correct copy of Invoice SC07 is attached hereto as **Exhibit H**.

16.    After reviewing Invoice SC07, ACS determined that TSCI had included charges for five (5) full workdays by its executives on Memorial Day. I again notified TSCI about these charges, and informed TSCI that ACS did not authorize or approve these charges. After that notification that these charges were unapproved, ACS deducted these charges from Invoice SC07. ACS paid the remaining balance of Invoice SC07 in full.

17.    In June 2007, TSCI provided five executives to ACS. TSCI billed ACS for this work in Invoice SC08. A true and correct copy of Invoice SC08 is attached hereto as **Exhibit I**.

18.    After reviewing Invoice SC08, ACS determined that TSCI had included charges for five (5) full workdays on weekends and holidays. I again notified TSCI about these charges, and informed TSCI that ACS did not authorize or approve these charges. After that notification that these charges were unapproved, ACS deducted these charges from Invoice SC08. ACS paid the remaining balance of Invoice SC08 in full.

19.    In July 2007, TSCI provided five executives to ACS. TSCI billed ACS for this work in Invoice SC09. A true and correct copy of Invoice SC09 is attached hereto as **Exhibit J**.

4

20.    After reviewing Invoice SC09, ACS determined that TSCI had included charges for one (1) full workday on Independence Day. I again notified TSCI about these charges, and informed TSCI that ACS did not authorize or approve these charges. After that notification that these charges were unapproved, ACS deducted these charges from Invoice SC09. ACS paid the remaining balance of Invoice SC09 in full.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2007.

_____

Kevin E. Cleary

Exhibit 2
Amendment to Agreement By And Between
ACS State Healthcare, LLC and
Transformational Strategies Consulting, Inc.

For Additional Statement of Work To Provide
Executive Management Resources and Consulting and Advice Regarding
Planning, Start up and Formational Executive Management of ACS Solution
Center



As per Article 26, the parties mutually agree to modify the Agreement with the additional
Statement of Work detailed below in this Amendment. This Amendment does not alter or
change the current Agreement Terms and Conditions not modified by this Amendment
nor those related to the existing scope of work for Executive Consulting and Advice
Regarding the Architecture and Development of the ACS Enterprise Claims Processing
Application.

The following amended Terms and Conditions are applicable to this amended additional
statement of work

## 3. **Amended Personnel**

Resource identification and submittal for ACS approval will be made within two weeks
of the signature of this Amendment. Should a replacement be necessary, TSCI will
exercise maximum practical expedience to secure a satisfactory replacement.

TSCI will exercise maximum practical expedience in securing the resources after this
Agreement Amendment is signed, but not later than 3 weeks after receipt of down
payment.

ACS will have the right, but not the obligation, to offer employment contracts to any of
the TSCI assigned resources after the contractual period of two years, with no additional
compensation to TSCI.

## 7. **TERM**

The term of this additional statement of work will commence on September 15, 2006 and
shall expire on October 15, 2008.

ACS and TSCI Agreement to Include Exhibit 2 into HC Agreement          Page 1 of 4

## 8. TERMINATION

ACS can terminate this Agreement in case of TSCI default due to grave cause or negligence imputable to TSCI, if TSCI fails to remedy to the satisfaction of ACS said *ACS term of default within 30 days of ACS written notification to this effect. Should this be the case, TSCI shall be paid the Invoices issued up to and including the current month, pro-rated if for a partial month, of final determination to Terminate.

If, at the ACS'S sole discretion, the Agreement for this Amended Scope is terminated for the convenience of ACS; then ACS can, at its sole discretion, select one of the following two options:

a) ACS would be able to modify the scope of assignment of the TSCI resources, for the remainder of the original period of two years, to other projects that require similar skills and experience under the same Terms and Conditions, other than the new amended scope or

b) TSCI shall be paid for the Invoices issue up to and including the month when the Notice of Termination for Convenience was received by TSCI. In addition, ACS will pay Early Termination Charges in an amount equal to fifty percent (50%) of the remaining balance of the total Amended Scope Cost minus the actual payments received by TSCI, if Termination within the first 18 months period. ACS will pay Early Termination Charges in an amount equal to twenty five percent (25%) of the remaining balance of the total Contract amount of Amended Scope Cost minus the actual payments received by TSCI, if Termination within the last six month period of the Contract.

## Amended Additional Scope

The TSCI additional total scope under this Amendment includes Executive management and leadership of the Solution Center resources and activities necessary for planning, start up implementation, operations and formal transition to ACS management. Specific tasks will include:

1. Strategic direction and leadership regarding methods, tools and activities to execute the Solution Center scope.
2. Actual executive daily management of all SC resources.
3. Coaching of the ACS Management Team assigned to the Solution Center in order to enable a seamless transition after the SC formation period of 2 years.
4. Evaluation and decision making regarding vendors within the ACS Corporate standards.
5. Strategy, planning and execution of an offshore strategy for solution development and maintenance. This might include centers operated by ACS or outsourced to vendors.
6. Vendor management.
7. Periodic and ad hoc reports to ACS Executive Management as might be required.

ACS and TSCI Agreement to Include Exhibit 2 into HC Agreement        Page 2 of 4

Assumptions:
1. Solution Center Executive will report to the ACS Government Group President, "ACS Executive".
2. SC Executive will have ultimate authority regarding human resources in the SC (within the ACS Corporate HR policies and guidelines).
3. SC Executive will submit recommendations regarding service vendors to the ACS Executive for final decision. These recommendations will include vendor selection, contracting T&Cs (subject to ACS Legal Counsel Approval), change of vendors and cancellation of contracts if necessary.
4. SC Executive will have the decision regarding software and hardware vendors (subject to ACS Government Group CIO's approval)
5. In order to have an optimum transition, ACS Management Team - in -Training (still reporting to TSCI Sr. Executives) no later than 18 months after start of the SC ( a minimum of 6 months to prepare seamless transition)..
6. TSCI will have 2 dedicated offices in the ACS DC building with priority access to a conference room for SC business. TSCI will also have three executive offices in Atlanta.
7. All TSCI resources will have a full time equivalent dedication.

## Amended Additional Compensation

This pricing is valid for a minimum quantity of 3 Sr. Executives.
This pricing is valid for a minimum two year commitment for each Senior Executive or Senior Specialist. ACS will designate at contract signing the initial number of Senior Executives and Senior Specialists.

The amended additional Compensation corresponding to the aforementioned amended additional scope as follows:
 ➢ TSCI Senior Executive: $ 530,000 per year per person.
 ➢ TSCI Senior Specialist: $ 300,000 per year per person.

The Amended Scope Cost is equal to [(# of Senior Executives * $530,000 + # of Senior Specialist * $300,000) * 2 years].

The Contractual year has 240 work days. The monthly billing will be based on actually worked full time equivalent work days during the month. The billing work day rate will be $ 2208 for each Sr. Executive and $ 1250 for each Sr. Specialist. ACS shall not request any reduction in the number of work days from a minimum of 20 days per month. TSCI will provide, in each monthly billing, the accumulated number of work days in the year, such as not to exceed the total work days allocated for each category per Contract year.

ACS and TSCI Agreement to Include Exhibit 2 into HC Agreement          Page 3 of 4   $\overline{\phantom{a}}$AS

TSCI will submit an invoice for an advance payment equal to 10% of the Amended Scope Cost within one day of this Amendment signature. Should the number of TSCI personnel actually engaged differ from the initial number designated at contract signing, then the advanced payment will be recomputed and the difference will be reimbursed to ACS.

The daily compensation in the monthly billing will be reduced by 10% which is a net of $1988 per day for each Sr. Executive and $1125 per day for each Sr. Specialist.

Activities related to this statement of work (Exhibit 2) performed by Fernando Salgado will be included in the existing compensation of Exhibit 1.

## Amended Travel and Other Expenses

The home base for travel expenses purposes will be approved by ACS with the confirmation of each specific resource.

IN WITNESS WHEREOF, ACS and TSCI have caused this Agreement Amendment to be signed by their duly authorized officers.

ACS State Healthcare, LLC

Transformational Strategies Consulting, Inc.

Tom Burlin, Group President

Fernando Salgado, President

9/18/06

3/18/06

Date

Date

# *Transformational Strategies Consulting, Inc.*

# INVOICE

**Check payable to**: Transformational Strategies Consulting, Inc.
**Mail to**: Treasurer
9645 Eagle Ridge Dr.
Bethesda, MD 20817-3920
Telephone: (301) 365-1246
Email: treasurer@tsci.biz

**EXHIBIT**

*B*

**IRS #**: 02-0724100;    **DUNS**: 148685196          **Invoice Number: TSCI-SC 001**
Date:  20 – September - 2006

| **Contract Ref.:**    Exhibit 2 of ACS State Healthcare Agreement |
|---|
| **Attention:** |

Mr. Paul Lehman
ACS State Healthcare , LLC
Cost Center _____
P.O. Box 981256
El Paso, TX 79998-1256

| DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| Down payment according to Exhibit 2 of ACS State Healthcare Agreement and ACS 9/18/06 Instruction for 4 Sr. Executives and 4 Sr. Specialists. | $544,000.00 |
| **Amount Due** | **$544,000.00** |

Fernando Salgado, President
TSCI Authorized Signature, September 20, 2006

Invoice Approved for Payment by: _____

Date: _____

# *Transformational Strategies Consulting, Inc.*

# INVOICE

**Check payable to:** Transformational Strategies Consulting, Inc.
**Mail to:**  Treasurer
         9645 Eagle Ridge Dr.
         Bethesda, MD  20817-3920
         Telephone: (301) 365-1246
         Email: treasurer@tsci.biz



EXHIBIT

C

### **ACS Vendor #** 00246257

**IRS #:** 02-0724100;    **DUNS:** 148685196    **Invoice Number:  TSCI-SC02-Corrected**
                                        Date:  28 – December - 2006

| **Contract Ref.:**  ACS Solution Center Planning, Start up and Management |
|---|
| **Attention:** |
| Mr. Paul Lehman |
| ACS State Healthcare , LLC |
| Cost Center _____ |
| P.O. Box 981256 |
| El Paso, TX 79998-1256 |

| DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| ACS Solution Center Planning, Start up and Management as per Exhibit 2, Amendment to Agreement with TSCI.  Time Sheets Attached **Performance period:  November 6/06 to December 31/06** **Sr. Executive Rate at $ 1988.00 per work day.** Dan Acton Days: 34 Davis Seckinger Days: 40 Landon Miller Days: 24 **Total Number of Days: 98** | $ 194,824.00 |
| **Amount Due** | $194,824.00 |

Maria Salgado, Treasurer
TSCI Authorized Signature, January 18, 2007

**ACS Approval Signature for Payment**

Name_____
Date _____

TSCI - SCO2 - CORRECTED

**TSCI - ACS Solution Center**
**Work Days Invoice Calculation**

Period:          11/6/2006       to       12/31/2006

| Week of | D. Acton | D. Seckinger | L. Miller |
|---|---|---|---|
| Category | Sr. Exec | Sr. Exec | Sr. Exec |
| Work Day  Rate | $1,988 | $1,988 | $1,988 |
| | | | |
| 11/6/2006 | 3 | 6 | 3 |
| 11/13/2006 | 6 | 5 | 6 |
| 11/20/2006 | 0 | 4 | 4 |
| 11/27/2006 | 6 | 5 | 6 |
| 12/4/2006 | 5 | 7 | 5 |
| 12/11/2006 | 5 | 5 | 0 |
| 12/18/2006 | 5 | 5 | 0 |
| 12/25/2006 | 4 | 3 | 0 |
| | | | |
| Total Person Days | 34 | 40 | 24 |
| Person Period $ | $67,592 | $79,520 | $47,712 |

| Total This Period   Work Days | 98 |
|---|---|
| Period Total Invoice | $194,824 |

# *Transformational Strategies Consulting, Inc.*

# INVOICE

**Check payable to**: Transformational Strategies Consulting, Inc.
**Mail to**:  Treasurer
9645 Eagle Ridge Dr.
Bethesda, MD 20817-3920
Telephone: (301) 365-1246
Email: treasurer@tsci.biz



### **ACS Vendor #** 00246257

**IRS #**: 02-0724100;    **DUNS**: 148685196    **Invoice Number: TSCI-SC03**

Date:  05 – February - 2007

| **Contract Ref.:    ACS Solution Center Planning, Start up and Management** |
|---|
| **Attention:** |
| Mr. Paul Lehman |
| ACS State Healthcare , LLC |
| Cost Center _____ |
| P.O. Box 981256 |
| El Paso, TX 79998-1256 |

| DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| ACS Solution Center Planning, Start up and Management as per Exhibit 2, Amendment to Agreement with TSCI.  Time Sheets Attached **Performance period: January 1/07 to February 4/07 Sr. Executive Rate at $ 1988.00 per work day.** Dan Acton Days: 16 Davis Seckinger Days: 24  **Total Number of Days: 39** | $ 79,520.00 |
| **Amount Due** | **$79,520.00** |

*Maria Salgado*

Maria Salgado, Treasurer
TSCI Authorized Signature, February 4, 2007

**ACS Approval Signature for Payment**

Name_____
Date _____

**TSCI - ACS Solution Center**
**Work Days Invoice Calculation**

| Period: | 1/1/2007 | to | 2/4/2007 |
|---|---|---|---|

| Week of | D. Acton | D. Seckinger | |
|---|---|---|---|
| **Category** | Sr. Exec | Sr. Exec | |
| **Work Day  Rate** | $1,988 | $1,988 | |
| | | | |
| 1/1/2007 | 4 | 5 | |
| 1/8/2007 | 5 | 6 | |
| 1/15/2007 | 5 | 6 | |
| 1/22/2007 | 2 | 6 | |
| 1/29/2007 | 0 | 1 | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Person Days | 16 | 24 | 0 |
| Person Period $ = | $31,808 | $47,712 | $0 |

| Total This Period    Work Days | 40 |
|---|---|
| Period Total Invoice | $79,520 |

# TSCI Infotech Management LLC

**Weekly Work-Day Report**    DS Week of 012907 V3

**First Name:** David    **Last Name** Seckinger

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 253 Minorca Beach Way Unit 204A

| Town | New Smyrna Beach | County | Volusia | State | FL |
|------|------------------|--------|---------|-------|-----|
| | | | | Zip | 32169 |

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 1 | 28 | 2007 |

### Do not write on blue or red cells

| | ACS Work Day | | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend | Holiday | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | | | | | | | | | | | | | 1 | | | 1 | vacation |
| Tuesday | | | | | | | | | | | | | 1 | | | 1 | vacation |
| Wednesday | | | | | | | | | | | | | 1 | | | 1 | vacation |
| Thursday | | | | | | | | | | | | | 1 | | | 1 | vacation |
| Friday | | | | | | | | | | | | | 1 | | | 1 | vacation |
| Saturday | | | | | | | | | | 1 | | | | | | 1 | Weekend |
| Sunday | | | | | | | | | 1 | | | | | | | 1 | Enterprise Mgt: e-mails & team direction |

### This Week Period

| Tot ACS Work Days | 1 |
|-------------------|---|
| Tot Holiday | 1 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 5 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | **7** |

NOTE: This total must always be seven (7)

_____
Signature

Additional Work Description Area, specify day

## TSCI Infotech Management LLC

**Weekly Work-Day Report**    DS Week of 012207 V3

**First Name:** David    **Last Name** Seckinger

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 253 Minoca Beach Way Unit 204A

Town New Smyrna Beach    County Volusia    State FL    Zip 32169

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 1 | 22 | 2007 |

### Do not writte on blue or red cells

| | | ACS Work Day | | | | | | ACS NON-Billable Days | | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | | | 1 | | | | | | | Holiday | | | | | | Enterprise Mgt. Use Cases, Email to Wipro, Emai |
| Tuesday | | 1 | | | | | | | | | | | | | | Enterprise Mgt. Tech Strategy Mtg, Wipro CR's, U |
| Wednesday | | | 1 | | | | | | | | | | | | | Sr Staff Mtg, Wipro Master Plan, LOB Telecon., En |
| Thursday | | 1 | | | | | | | 1 | | | | | | | Enterprise Mgt, Wipro Master Sched, Financials, R |
| Friday | | | 1 | | | | | | | | | | | | | Enterprise Mgt. Finance, NH Deliver Support, Mast |
| Saturday | | | | | | | | | | 1 | | | | | | Weekend |
| Sunday | | 1 | | | | | | | | 1 | | | | | | Enterprise Mgt. e-mails & team direction |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 6 |
| Tot Holiday | 1 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | **7** |

**Signature**

NOTE: This total must always be seven (7)

Additional Work Description Area, specify day

# TSCI Infotech Management LLC

**Weekly Work-Day Report**   DS Week of 011507 V3

**First Name:** David                **Last Name** Seckinger

**Tax ID (SSN) Number** 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

**Personal/Office Address, # Street:** 253 Minoca Beach Way Unit 204A

| Town | New Smyrna Beach | County | Volusia | State | FL |
| --- | --- | --- | --- | --- | --- |
| | | | | Zip | 32169 |

**Week Starting on**

| Month | Day | Year |
| --- | --- | --- |
| 1 | 15 | 2007 |

Do not write on blue or red cells

| | | ACS Work Day | | | | | ACS NON-Billable Days | | | | | | | | | Column | Work Description |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DC | ATL | MD | TX | ACS | Other | TSCI | PO FL | PO MD | PO VA | Wkend | LLC | Vacat | Sick | Special | | |
| Monday | | 1 | | | | Other | | | | | Holiday | | | | | 1 | SC Planning/Staffing, GHS LOB Telecon, Enterprise Mgt |
| Tuesday | | 1 | | | | | | | | | | | | | | 1 | Enterprise Mgt, Wipro CR's, LOB MOU, Spangler Mtg |
| Wednesday | | 1 | | | | | | | | | | | | | | 1 | Wipro CR's, Sales/LOB Call, LOB MOU, Enterprise Mgt |
| Thursday | | 1 | | | | | | | | | | | | | | 1 | Enterprise Mgt, Wipro Master Sched, MOU, MMS Pipeline |
| Friday | | 1 | | | | | | | | | | | | | | 1 | Enterprise Mgt, WIPRO Mtg, SC/Enterprise Mtg, Use Cases |
| Saturday | | 1 | | | | | | | | | 1 | | | | | 1 | Weekend |
| Sunday | | 1 | | | | | | | | | | | | | | 1 | Weekend |
| | | | | | | | | | | | | | | | | 1 | Enterprise Mgt, e-mails & team direction |

**This Week Period**

| | |
| --- | --- |
| Tot ACS Work Days | 6 |
| Tot Holiday | 1 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7   NOTE: This total must always be seven (7) |

Signature _____

Additional Work Description Area, specify day

Batch: 10142783 DCN: 12369425 Seq: 005 Date: 02/19/2007 11:15 Box: 00001050

TSCI Infotech Management LLC

Weekly Work-Day Report        DS 010807Version 3

First Name: David                                Last Name: Seckinger

Tax ID (SSN) Number: 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

Personal Office Address, # Street: 253 Minorca Beach Way Unit 204A

Town: New Smyrna Beach        County: Volusia        State: FL    Zip: 32169

Week Starting on

| Month | Day | Year |
|---|---|---|
| 1 | 8 | 2007 |

Do not write on blue or red cells

| | | | ACS Work Day | | | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | ND | TX | ACS | Other | TSCI | PO | FL | PD | MD | PO | VA | Wkend | Holiday | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | 1 | | | | | Other | | | | | | | | Holiday | | | | | | | Organization, Staffing, GHS MOU, Exec Mtg, SC Planning |
| Tuesday | | 1 | | | | | | | | | | | | | | | | | | | Use Cases, Rational w/ Oneill, Julie Curtis Mtg |
| Wednesday | | 1 | | | | | | | | | | | | | | | | | | | Use Cases, IBM Rational Mtg, Enterprise Master Plan |
| Thursday | | 1 | | | | | | | | | | | | | | | | | | | UCs, GHS Pipeline Mtg, Rational, S Cooke M Springer Mtg |
| Friday | | | 1 | | | | | | | | | 1 | | | | | | | | | UCs, Tech Staffing, Sr Staff Mtg, Environments, Wipro Mtg |
| Saturday | | | | | | | | | | | | | 1 | | | | | | | | Weekend |
| Sunday | | | | | | | | | | | | | 1 | | | | | | | | Enterprise Brief for GHS LOB, e-mails, Direction to team |

This Week Period

| | |
|---|---|
| Tot ACS Work Days | 6 |
| Tot Holiday | 1 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

Signature

NOTE: This total must always be seven (7)

Additional Work Description Area, specify day

# TSCI Infotech Management LLC

## Weekly Work-Day Report    Version 3

**First Name:** David    **Last Name** Seckinger

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 283 Minorca Beach Way, Unit 204A

Town New Smyrna Beach    County Volusia    **State** FL    **Zip** 32169

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 1 | 1 | 2007 |

## Do not write on blue or red cells

| | DC | ATL | MID | TX | ACS Work Day | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACS | Other | TSCI | PO FL | PO MD | PO VA | Wkend | Holiday | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | | 1 | | | | | | | | | | Holiday | | | | | 1 | Holiday |
| Tuesday | | 1 | | | | | | | | | 1 | | | | | | 1 | WIPRO Staff, London Minutes , Housewright Mtg, PMO R&R |
| Wednesday | | 1 | | | | | | | | | | | | | | | 1 | J. Baker Mtg.d Action Telecon, Use Case Status, Staffing |
| Thursday | | | 1 | | | | | | | | | | | | | | 1 | J. Curtis Mtg. Use Case Status/Discrpb, Wipro Staff Issues |
| Friday | | | 1 | | | | | | | | | | | | | | 1 | Wipro Wkly PMR, J.Allen Telecon, CCB, Personnel Issue |
| Saturday | | | | | | | | | | | | | | | | | 1 | Weekend |
| Sunday | | | | | | | | | | 1 | | 1 | | | | | 1 | E-Mails, Wipro Minutes |

**This Week Period**

| | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

_Signature_

**NOTE: This total must always be seven (7)**

**Additional Work Description Area, specify day**

2-5 Jan: Manage ACS MMIS Team in Atlanta, give direction, make decisions

# TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 3

**First Name:** Daniel    Rpt 13

**Tax ID (SSN) Number** 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    **Last Name** Acton

**Personal Office Address, # Street:** 5116 Wilson Lane

Town Bethesda    County Montgomery    State MD    Zip 20814

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 1 | 29 | 2007 |

Do not write on blue or red cells

| | | ACS Work Day | | | | | | | | | | ACS NON-Billable Days | | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend Holiday | LLC | Vacat | Sick | Special | Check | | Work Description |
| Monday | | | | | | | | | | Holiday | | | | | | | |
| Tuesday | | | | | | | | | | | 1 | | | 1 | | |
| Wednesday | | | | | | | | | | | 1 | | | 1 | | |
| Thursday | | | | | | | | | | | 1 | | | 1 | | |
| Friday | | | | | | | | | | | 1 | | | 1 | | |
| Saturday | | | | | | | | | | 1 | | | | 1 | | |
| Sunday | | | | | | | | | | 1 | | | | 1 | | |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 0 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 3 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

NOTE: This total must always be seven (7)

Signature

Additional Work Description Area, specify day

**TSCI Infotech Management LLC**

**Weekly Work-Day Report**   Version 3   Rpt 12

**First Name:** Daniel    **Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

Town Bethesda    County Montgomery    State MD    Zip 20814

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 1 | 22 | 2007 |

Do not write on blue or red cells

| | | | ACS Work Day | | | | | | | | | ACS NON-Billable Days | | | | | Column |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS | T9CI | PO FL | PO MD | PO VA | Wkend Holiday | LLC | Vacat | Sick | Special | Check |
| Monday | | 1 | | | | | | | | | | | | | 1 |
| Tuesday | | 1 | | | | | | | | | | | | | 1 |
| Wednesday | | | | | | | | | | | 1 | | | | 1 |
| Thursday | | | | | | | | | | | 1 | | | | 1 |
| Friday | | | | | | | | | | | | 1 | | | 1 |
| Saturday | | | | | | | | | | 1 | | | | | 1 |
| Sunday | | | | | | | | | | 1 | | | | | 1 |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 2 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 3 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |  NOTE: This total must always be seven (7) |

Signature

Additional Work Description Area, specify day

Work Description

# TSCI Infotech Management LLC

**Weekly Work-Day Report**    Version 3

**First Name:** Daniel    Rpt 11    **Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

| Town | Bethesda | County | Montgomery | State | MD |
|---|---|---|---|---|---|
| | | | | Zip | 20814 |

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 1 | 15 | 2007 |

### Do not writte on blue or red cells

| | | | ACS Work Day | | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend | Holiday | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | | | | | | | | | | | Holiday | | | | | 1 | Solution Center review of tasks, actions, and staffi |
| Tuesday | 1 | | | | | | | | | | | | | | | 1 | |
| Wednesday | 1 | | | | | | | | | | | | | | | 1 | |
| Thursday | 1 | | | | | 1 | | | | | | | | | | 1 | |
| Friday | | | 1 | | | | | | | | | | | | | 1 | |
| Saturday | | | | | | | | | | 1 | | | | | | 1 | |
| Sunday | | | | | | | | | | 1 | | | | | | 1 | |

### This Week Period

| Tot ACS Work Days | 5 |
|---|---|
| Tot Holiday | |
| Tot LLC Work Days | 2 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | **7** |

NOTE: This total must always be seven (7)

Signature _____

Additional Work Description Area, specify day

**TSCI Infotech Management LLC**

**Weekly Work-Day Report**    Version 3

**First Name:** Daniel    Rpt 10

**Last Name:** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

Town Bethesda    County Montgomery    State MD    Zip 20814

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 1 | 8 | 2007 |

Do not write on blue or red cells

| | | ACS Work Day | | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend/Holiday | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | 1 | | | | | | | | | | | | | | | |
| Tuesday | 1 | | | | | | | | | | | | | | 1 | |
| Wednesday | | | 1 | | | | | | | | | | | | 1 | |
| Thursday | | | | | 1 | | | | | | | | | | 1 | Chicago meeting with Ann Vezina |
| Friday | 1 | | | | | | | | | | | | | | 1 | |
| Saturday | | | | | | | | | | 1 | | | | | 1 | |
| Sunday | | | | | | | | | | 1 | | | | | 1 | |

| This Week Period | | |
|---|---|---|
| Tot ACS Work Days | 5 | |
| Tot Holiday | 2 | |
| Tot LLC Work Days | 0 | |
| Tot Vacation Days | 0 | |
| Tot Sick Days | 0 | |
| Tot Special Days | 0 | |
| Total Days This Week | 7 | NOTE: This total must always be seven (7) |

Signature _____

Additional Work Description Area, specify day

**TSCI Infotech Management LLC**

**Weekly Work-Day Report**     Version 3

**First Name:** Daniel     Rpt 9     **Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

| Town | Bethesda | County | Montgomery | State | MD |
|------|----------|--------|------------|-------|-----|
| | | | | Zip | 20814 |

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 1 | 1 | 2007 |

Do not write on blue or red cells

| | | ACS Work Day | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|-----|-----|-----|-----|-----|------|------|------|------|------|------|--------|-----|------|------|---------|--------|-------------------|
| | DC | ATL | MD | TX | ACS | TSCI | PO FL | PO MD | PO VA | Wkend | Holiday | LLC | Vacat | Sick | Special | Check | | Work Description |
| | | | | | Other | | | | | | | | | | | | |
| Monday | 1 | | 1 | | | | | | | | | | | | | 1 | | |
| Tuesday | 1 | | 1 | | | | | | | | | | | | | 1 | | |
| Wednesday | 1 | | 1 | | | | | | | | | | | | | 1 | | |
| Thursday | 1 | | 1 | | | | | | | | | | | | | 1 | | |
| Friday | 1 | | 1 | | | | | | | | | | | | | 1 | | |
| Saturday | | | | | | | | | | 1 | | | | | | 1 | | |
| Sunday | | | | | | | | | | 1 | | | | | | 1 | | |

| This Week Period | | |
|------------------|---|---|
| Tot ACS Work Days | 4 | |
| Tot Holiday | 3 | |
| Tot LLC Work Days | 0 | |
| Tot Vacation Days | 0 | |
| Tot Sick Days | 0 | |
| Tot Special Days | 0 | |
| Total Days This Week | 7 | NOTE: This total must always be seven (7) |

**Signature**

**Additional Work Description Area, specify day**

# *Transformational Strategies Consulting, Inc.*

# INVOICE

**Check payable to**: Transformational Strategies Consulting, Inc.
**Mail to**:  Treasurer
9645 Eagle Ridge Dr.
Bethesda, MD  20817-3920
Telephone: (301) 365-1246
Email: treasurer@tsci.biz



EXHIBIT

E

### ACS Vendor # 00246257

**IRS #**: 02-0724100;   **DUNS**: 148685196   **Invoice Number: TSCI-SC04**

Date:  05 – March - 2007

| **Contract Ref.:    ACS Solution Center Planning, Start up and Management** |
|---|
| **Attention:** |
| ~~Mr. Paul Lehman~~  *TOBIAS FINEL Co. 8*<br>~~ACS State Healthcare~~ , LLC<br>Cost Center  *0102 -SLS*<br>P.O. Box 981256<br>El Paso, TX 79998-1256 |

| DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| ACS Solution Center Planning, Start up and Management as per Exhibit 2, Amendment to Agreement with TSCI.  Time Sheets Attached<br>**Performance period:  February 5/07 to  March 4/07**<br>**Sr. Executive Rate at $ 1988.00 per work day.**<br>Dan Acton Days: 20<br>Davis Seckinger Days: 7<br><br>**Total Number of Days: 27** | $ 53,676.00 |
| **Amount Due** | **$53,676.00** |

*Maria Salgado*

Maria Salgado, Treasurer
TSCI Authorized Signature, March 5, 2007

**ACS Approval Signature for Payment**

Name_____
Date _____

**TSCI - ACS Solution Center**
**Work Days Invoice Calculation**

| Period: | 2/5/2007 | to | 3/4/2007 |
|---------|----------|-----|----------|

| Week of | D. Acton | D. Seckinger | |
|---------|----------|--------------|---|
| Category | Sr. Exec | Sr. Exec | |
| Work Day Rate | $1,988 | $1,988 | |
| | | | |
| 2/5/2007 | 5 | 5 | |
| 2/12/2007 | 5 | 2 | |
| 2/19/2007 | 5 | 0 | |
| 2/26/2007 | 5 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Person Days | 20 | 7 | 0 |
| Person Period $ = | $39,760 | $13,916 | $0 |

| Total This Period    Work Days | 27 |
|---------------------------------|-----|
| Period Total Invoice | $53,676 |

# TSCI Infotech Management LLC

## Weekly Work-Day Report

DS Week of 012007 V3

**First Name:** David    **Last Name** Seckinger

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 253 Minoca Beach Way Unit 204A

Town New Smyrna Beach    County Volusia

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 1 | 29 | 2007 |

State FL
Zip 32169

Do not write on blue or red cells

| | | ACS Work Day | | | | | ACS NON-Billable Days | | | | | Column | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend | LLC | Vacat | Sick | Special | Check | |
| Monday | | | | | | | | | Holiday | | 1 | | | vacation | vacation |
| Tuesday | | | | | | | | | | | 1 | | | vacation | vacation |
| Wednesday | | | | | | | | | | | 1 | | | vacation | vacation |
| Thursday | | | | | | | | | | | 1 | | | vacation | vacation |
| Friday | | | | | | | | 1 | | | | | | vacation | vacation |
| Saturday | | | | | | | | | 1 | | | | | Weekend | Weekend |
| Sunday | | | | | | | | 1 | | | | | | Enterprise Mgt. e-mails & team direction |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 1 |
| Tot Holiday | 1 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 5 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

Signature *Dave M. Seckinger*

Additional Work Description Area, specify day

**TSCI Infotech Management LLC**

**Weekly Work-Day Report**    DS Week of 012007 V3

**First Name:** David    **Last Name** Sechinger

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 253 Minoca Beach Way Unit 204A

Town [New Smyrna Beach]    County [Volusia]    State [FL]    Zip [32169]

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 2 | 6 | 2007 |

Do not write on blue or red cells

| | | ACS Work Day | | | | | | ACS NON-Billable Days | | | | | | | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC | ATL | MD | TX | ACS | Other | TSCI | PO FL | PO MD | PO VA | Wkend | Holiday | LLC | Vacat | Sick | Special | Other | |
| Monday | | 1 | | | | | | | | | | | | | | TSC Planning mtgs w/ Salgado, Acton & Timus |
| Tuesday | | 1 | | | | | | | | | | | | | | Enterprise Leadership Mtg, WIPRO Mtg, Kadlec Telecon |
| Wednesday | | | | 1 | | | | | | | | | | | | ACS Portland Exec Interviews/ EB Briefings/ Director Debrief |
| Thursday | | | | | | | | | | | | | | | | Exec Mtgs, All'lands Mtg w/Son Ctr Presentation |
| Friday | | 1 | | | | | | | | | | | | | | Mtg w/ Kadlec on PBM & Service Delivery Org, Call w/ACTO |
| Saturday | | | | | | | | | | 1 | | | | | | Weekend (helping son move in FL) |
| Sunday | | | | | | | | | | 1 | | | | | | Weekend (helping son move in FL) |

| This Week Period | |
|---|---|
| Ttl ACS Work Days | 5 |
| Ttl Holiday | 2 |
| Ttl LLC Work Days | 0 |
| Ttl Vacation Days | 0 |
| Ttl Sick Days | 0 |
| Ttl Special Days | 0 |
| Total Days This Week | 0 |

**Signature** David N. Sechinger

**Additional Work Description Area, specify day**

# TSCi Infotech Management LLC

**Weekly Work-Day Report**    DS Week of 012007 V3

**First Name:** David    **Last Name** Seckinger

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 253 Minoca Beach Way Unit 204A

| Town | Street | County | State | Zip |
|---|---|---|---|---|
| New Smyrna Beach | 253 Minoca Beach Way Unit 204A | Volusia | FL | 32169 |

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 2 | 12 | 2007 |

Do not write on blue or red cells

| | | ACS Work Day | | | | | | ACS NON-Billable Days | | | | | | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS | SCI | PO FL | PO MD | PO VA | Wkend | Holiday | LLC | Vacat | Sick | Special | |
| Monday | 1 | | | | | | | | | | | | | | | Status Mtg w/Acton, GHS Mtg w/Action & Titmus |
| Tuesday | 1 | | | | | | | | | | | | | | | GHS Mtg w/Action & Titmus on GHS Presentation |
| Wednesday | | | | | | | | | | | | | | | | |
| Thursday | | | | | | | | | | | | | | | | |
| Friday | | | | | | | | | | | | | | | | |
| Saturday | | | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | | | | | | | | |

**This Week Period**

| Tot ACS Work Days | 2 |
|---|---|
| Tot Holiday | 0 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | |

**Additional Work Description Area, specify day**

Signature

TSCI Infotech Management LLC

Weekly Work-Day Report    Version 3    Rpt 13

First Name: Daniel    Last Name: Acton

Tax ID (SSN) Number    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

Personal Office Address, # Street: 5116 Wilson Lane

Town: Bethesda    County: Montgomery    State: MD    Zip: 20814

Week Starting on    Month 1    Day 28    Year 2007

Do not write on blue or red cells

| | ACS WORKDAY | | | | | | | | | ACS NON Billable Days | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC1 | ATL | NMD | TX1 | ACS | SC1 | EOR | POIND | ROXA | Wkend | LLC Vacal | Sick | Special |
| Monday | | | | | | | | | | | | | |
| Tuesday | | | | | | | | | | | | | |
| Wednesday | | | | | | | | | | 1 | | | |
| Thursday | | | | | | | | | | | 1 | | |
| Friday | | | | | | | | | | | 1 | | |
| Saturday | | | | | | | | | | 1 | | | |
| Sunday | | | | | | | | | | 1 | | | |

This Week Period

| | |
|---|---|
| Tot ACS Work Days | 0 |
| Tot Holiday | 0 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total | 0 |

Signature

Additional Work Description Area, specify day

Work Description

## TSCI Infotech Management LLC

**Weekly Work-Day Report**    Version 3

**First Name:**    Daniel    Rpt 14

**Last Name**    Acton

**Tax ID (SSN) Number**    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

**Personal Office Address, # Street:**    5116 Wilson Lane

Town | Bethesda    County    Montgomery    State | MD    Zip | 20814

**Week Starting on**    | Month | Day | Year |
|---|---|---|
| 2 | 5 | 2007 |

### Do not write on blue or red cells

| | ACS Work Day | | | | | | TSCI Non Billable Days | | | | | | | TSCI Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DCN | RATE | SMD | CIO | PCSI | Other | TSCI | EOI/IE | EOI/MD | PO/VA | WARD | NICI | Meal | Sick | Special | Holiday | | |
| Monday | | 5 | | | | | | | | | | | | | | | | |
| Tuesday | | 1 | | | | | | | | | | | | | | | | |
| Wednesday | | 1 | | | | | | | | | | | | | | | | |
| Thursday | | 1 | | | | | | | | | | | | | | | | |
| Friday | | 1 | | | | | | | | | | | | | | | | |
| Saturday | | | | | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | | | | 1 | | | | | | |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 0 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 2.0 |
| Tot Special Days | 0 |

**Signature**    [signature]

**REMEDY/NETWORK**

**Additional Work Description Area, specify day**

# TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 3

**First Name:** Daniel   Rpt 15

**Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

Town Bethesda   County Montgomery   State MD   Zip 20814

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 2 | 12 | 2007 |

Do not write on blue or red cells

| | DC | ATTL | CMD | PX | OTHF | ACS | arSch | PO | EL | PO | MD | PO | VA | wrsHd | LLCd | Vacat | Sick | Special |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 1 | | | | 14 | | | | | | | | | Holiday | | | | |
| Tuesday | 1 | | | | | | | | | | | | | | | | | |
| Wednesday | 1 | | | | | | | | | | | | | | | | | |
| Thursday | 1 | | | | | | | | | | | | | | | | | |
| Friday | 1 | | | | | | | | | | | | | 1 | | | | |
| Saturday | | | | | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | | | | | | | | | | |

**This Week Period**

| | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |

**Signature** _(signed)_

**Additional Work Description Area, specify day**

# TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 3

**First Name:** Daniel

**Tax ID (SSN) Number** 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

**Rpt 16**

**Last Name** Acton

**Personal Office Address, # Street:** 5116 Wilson Lane

**Town** Bethesda   **County** Montgomery   **State** MD   **Zip** 20814

**Week Starting on**   Month 2   Day 19   Year 2007

Do not write on blue or red cells

| | PDO | AT | MD | PX | AGS | TSO | POT | ROMD | ROVA | Weekend | PLTO | Vac | Sick | Special | ACSNON-Billable Days | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Monday** | 1 | | | | | | | | | | | | | | | |
| **Tuesday** | 1 | 1 | | | | | | | | | | | | | | |
| **Wednesday** | 1 | | | | | | | | | | | | | | | |
| **Thursday** | 1 | | | | | | | | | | | | | | | |
| **Friday** | 1 | | | | | | | | | | | | | | | |
| **Saturday** | | | | | | | | | | | | | | | | |
| **Sunday** | | | | | | | | | | | | Holiday | | 1 | | |

**This Week Period**

| | |
|---|---|
| Tot ACS Work Days | 2B |
| Tot Holiday | .32 |
| Tot LLC Work Days | 1.10 |
| Tot Vacation Days | .40 |
| Tot Sick Days | .40 |
| Tot Special Days | .10 |

**Signature** _[signature]_

**Additional Work Description Area, specify day**

# TSCI Infotech Management LLC

## Weekly Work-Day Report

Version 3   Rpt 17

**First Name:** Daniel

**Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address # Street:** 5116 Wilson Lane

Town Bethesda   County Montgomery   State MD   Zip 20814

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 2 | 26 | 2007 |

### Do not write on blue or red cells

| | ACS Work Day | | | | TSCI | | | | | ACS NON-Billable Days | | | | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS | Other | PO | FL | PO | MD | PO VA | Wkend | LLC | Vacat | Sick | Special | |
| Monday | | 1 | | | | | | | | | | Holiday | | | | | |
| Tuesday | | 1 | | | | | | | | | | | | | | | |
| Wednesday | | 1 | | | | | | | | | | | | | | | |
| Thursday | | .5 | | | | | | | | | | | | | | | |
| Friday | | 1 | | | | | | | | | | | | | | | |
| Saturday | | | | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | | | | 1 | | | | | |

### This Week Period

| Tot ACS Work Days | 4.5 |
|---|---|
| Tot ACS Work Days | 1-2 |
| Tot Holiday | 1-0 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | |

Signature _____

**Additional Work Description Area, specify day**

# *Transformational Strategies Consulting, Inc.*

# INVOICE

**Check payable to:** Transformational Strategies Consulting, Inc.
**Mail to:**  Treasurer
9645 Eagle Ridge Dr.
Bethesda, MD  20817-3920
Telephone: (301) 365-1246
Email: treasurer@tsci.biz



## ACS Vendor # 00246257

**IRS #:** 02-0724100;    **DUNS:** 148685196    **Invoice Number: TSCI-SC05**

Date:  April 10 - 2007

| **Contract Ref.:**   **ACS Solution Center Planning, Start up and Management** |
|---|
| **Attention:** |
| Mr. Paul Lehman |
| ACS State Healthcare , LLC |
| Cost Center _____ |
| P.O. Box 981256 |
| El Paso, TX 79998-1256 |

| **DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES** | **AMOUNT** |
|---|---|
| ACS Solution Center Planning, Start up and Management as per Exhibit 2, Amendment to Agreement with TSCI.  Time Sheets Attached **Performance period: March 5/07 to  April 10/07** **Sr. Executive Rate at $ 1988.00 per work day.** Dan Acton Days: 28 <br><br> **Total Number of Days: 28** | $ 55,664.00 |
| **Amount Due** | **$55,664.00** |

*Maria Salgado*

Maria Salgado, Treasurer
TSCI Authorized Signature, April 10, 2007

**ACS Approval Signature for Payment**

Name_____
Date  _____

**TSCI - ACS Solution Center**
**Work Days Invoice Calculation**

**Period:** 3/5/2007 to 4/10/2007

| Week of | D. Acton | | |
|---|---|---|---|
| Category | Sr. Exec | | |
| Work Day Rate | $1,988 | | |
| | | | |
| 3/5/2007 | 5 | | |
| 3/12/2007 | 5 | | |
| 3/19/2007 | 5 | | |
| 3/26/2007 | 6 | | |
| 4/2/2007 | 5 | | |
| 4/9/2007 | 2 | | |
| | | | |
| | | | |
| | | | |
| Total Person Days | 28 | 0 | 0 |
| Person Period $ = | $55,664 | $0 | $0 |

| Total This Period | Work Days | 28 |
|---|---|---|
| Period Total Invoice | | $55,664 |

# TSCi Infotech Management LLC

**Weekly Work-Day Report** Version 3

**First Name:** Daniel

**Last Name** Acton

Rpt 18

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

Town Bethesda    County Montgomery

State MD    Zip 20814

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 3 | 5 | 2007 |

### Do not writte on blue or red cells

| | | ACS Work Day | | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS | TSCi | PO FL | PO MD | PO VA | Wkend | LLC | Vacat | Sick | Special | Check | | Work Description |
| Monday | 1 | | | | Other | | | | | Holiday | | | | | 1 | | |
| Tuesday | 1 | | | | | | | | | | | | | | 1 | | |
| Wednesday | 1 | | | | | | | | | | | | | | 1 | | |
| Thursday | 1 | | | | | | | | | | | | | | 1 | | |
| Friday | 1 | | | | | | | | | | | | | | 1 | | |
| Saturday | | | | | | | | | | 1 | | | | | 1 | | |
| Sunday | | | | | | | | | | 1 | | | | | 1 | | |

### This Week Period

| | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | **7** |

NOTE: This total must always be seven (7)

**Signature**

**Additional Work Description Area, specify day**

# TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 3   Rpt 19

**First Name:** Daniel

**Last Name:** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

| Town | Bethesda | County | Montgomery | State | MD |
| --- | --- | --- | --- | --- | --- |
| | | | | Zip | 20814 |

**Week Starting on**

| Month | Day | Year |
| --- | --- | --- |
| 3 | 12 | 2007 |

Do not write on blue or red cells

|  | ACS Work Day |  |  |  |  |  |  |  |  |  | ACS NON-Billable Days |  |  |  |  | Column | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend Holiday | LLC | Vacat | Sick | Special | Check | | Work Description |
| Monday | 1 | | 1 | | | | | | | | | | | | 1 | | |
| Tuesday | 1 | | 1 | | | | | | | | | | | | 1 | | |
| Wednesday | 1 | | 1 | | | | | | | | | | | | 1 | | |
| Thursday | 1 | | 1 | | | | | | | | | | | | 1 | | |
| Friday | 1 | | 1 | | | | | | | | | | | | 1 | | |
| Saturday | | | | | | | | | | 1 | | | | | 1 | | |
| Sunday | | | | | | | | | | 1 | | | | | 1 | | |

**This Week Period**

| | |
| --- | --- |
| Tot ACS Work Days | 5 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | **7** |

NOTE: This total must always be seven (7)

**Signature**

Additional Work Description Area, specify day

# TSCI Infotech Management LLC

**Weekly Work-Day Report**  Version 3

**First Name:** Daniel    Rpt 20

**Tax ID (SSN) Number** 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    **Last Name** Acton

**Personal Office Address, # Street:** 5116 Wilson Lane

Town Bethesda    County Montgomery

| Month | Day | Year |
|-------|-----|------|
| 3 | 19 | 2007 |

State MD
Zip 20814

**Week Starting on**

**Do not writte on blue or red cells**

| | ACS Work Day | | | | | | | | | | ACS NON-Billable Days | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | 1 | | | | | | | | | Holiday | | | | | 1 | |
| Tuesday | 1 | | | | | | | | | | | | | | 1 | |
| Wednesday | 1 | | | | | | | | | | | | | | 1 | |
| Thursday | 1 | | | | | | | | | | | | | | 1 | |
| Friday | 1 | | | | | | | | | | | | | | 1 | |
| Saturday | | | | | | | | | | 1 | | | | | 1 | |
| Sunday | | | | | | | | | | 1 | | | | | 1 | |

**This Week Period**

| | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | **7** |

NOTE: This total must always be seven (7)

**Signature**

**Additional Work Description Area, specify day**

**TSCI Infotech Management LLC**

**Weekly Work-Day Report**    Version 3    Rpt 21

**First Name:** Daniel

**Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

Town Bethesda    County    Montgomery    State MD    Zip 20814

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 3 | 26 | 2007 |

Do not writte on blue or red cells

| | ACS Work Day | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend | LLC | Vacat | Sick | Special | Check | Work Description |

| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend | LLC | Vacat | Sick | Special | Check | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 1 | | | | | | | | | Holiday | | | | | 1 | |
| Tuesday | 1 | | | | | | | | | | | | | | 1 | |
| Wednesday | 1 | | | | | | | | | | | | | | 1 | |
| Thursday | 1 | | | | | | | | | | | | | | 1 | |
| Friday | 1 | | | | | | | | | | | | | | 1 | |
| Saturday | | | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | 1 | | | | | | 1 | Coordinate plans for site visit to Portland for Conne |

**This Week Period**

| Tot ACS Work Days | 6 |
|---|---|
| Tot Holiday | 1 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 | NOTE: This total must always be seven (7) |

**Signature**

Additional Work Description Area, specify day

Review of ConneXion technical documents, itinerary set-up

# TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 3

**First Name:** Daniel

Rpt 22

**Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5118 Wilson Lane

Town Bethesda   **County** Montgomery

**State** MD   **Zip** 20814

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 4 | 2 | 2007 |

## Do not write on blue or red cells

| | | | ACS Work Day | | | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS | TSCI | PO FL | PO MD | PO VA | Wkend | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | | | | | Other | | | | | Holiday | | | | | | |
| Tuesday | | | | | 1 | | | | | | | | | | 1 | Oregon |
| Wednesday | | | 1 | | 1 | | | | | | | | | | 1 | Oregon |
| Thursday | | | 1 | | | | | | | | | | | | 1 | Red-eye travel from Portland.  On site afternoon. |
| Friday | | | 1 | | | | | | | | | | | | 1 | |
| Saturday | | | | | | | | | | 1 | | | | | 1 | |
| Sunday | | | 1 | | | | | | | 1 | | | | | 1 | |

## This Week Period

| | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

NOTE: This total must always be seven (7)

**Signature**

**Additional Work Description Area, specify day**

# *Transformational Strategies Consulting, Inc.*

# INVOICE

*Anne Mel.*
*Co. 8*
*V# 00246257*

**Check payable to**: Transformational Strategies Consulting, Inc.
**Mail to**:  Treasurer
9645 Eagle Ridge Dr.
Bethesda, MD 20817-3920
Telephone: (301) 365-1246
Email: treasurer@tsci.biz

*Inv. #TSCI-SC06A*

**EXHIBIT**
G

**ACS Vendor #** 00246257

**IRS #:** 02-0724100;    **DUNS:** 148685196    **Invoice Number: TSCI-SC06A**
Date: May 13 - 2007

| **Contract Ref.:** ACS Solution Center Planning, Start up and Management |
|---|
| **Attention:** |
| Mr. Paul Lehman |
| ACS State Healthcare , LLC |
| Cost Center _____ |
| P.O. Box 981256 |
| El Paso, TX 79998-1256 |

| DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| ACS Solution Center Planning, Start up and Management as per Exhibit 2, Amendment to Agreement with TSCI.  Time Sheets Attached **Performance period:  April 11 to May 13/07** **4 Sr. Executives at a Rate of $1988.00 per work day.** **1 Sr. Executive CTO at a Rate of $2,250 per work day.** Dan Acton: 24 days Fernando Salgado: 5 days Chris McClenaghan: 20 days Marilyn Fleming: 28 days Kumar Bhaskaran, CTO: 17 days  **Total Number of Days: 94** | $ 191,326 |
| **Amount Due** | $191,326 |

*Maria Salgado*
Maria Salgado, Treasurer
TSCI Authorized Signature, May 13, 2007

**ACS Approval Signature for Payment**

**TSCI - ACS Solution Center**

Work Days Invoice Calculation

| Invoice # | TSCI-SC06 |
|---|---|

| Period: | 4/11/2007 | to | 5/13/2007 |
|---|---|---|---|

| Week of | D. Acton | F. Salgado | C. McClenaghan | MV Fleming | K. Bhaskaran |
|---|---|---|---|---|---|
| Category | Sr. Exec | | | | |
| Work Day Rate | $1,988 | $1,988 | $1,988 | $1,988 | $2,250 |
| | | | | | |
| 4/11/2007 | 3 | 4 | 0 | 4 | 0 |
| 4/16/2007 | 5 | 1 | 5 | 6 | 3 |
| 4/23/2007 | 5 | 0 | 5 | 8 | 3 |
| 4/30/2007 | 5 | 0 | 5 | 6 | 5 |
| 5/7/2007 | 6 | 0 | 5 | 6 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Person Days | 24 | 5 | 20 | 28 | 17 |
| Person Period $ = | $47,712 | $9,940 | $39,760 | $55,664 | $38,250 |

| Total This Period  Work Days | 94 |
|---|---|
| Period Total Invoice | $191,326 |

## TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 3

**First Name:** Daniel

**Last Name:** Acton

Rpt 23

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

Town Bethesda   County Montgomery   State MD   Zip 20814

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 4 | 9 | 2007 |

Do not write on blue or red cells

| | | ACS Work Day | | | | | | | | | ACS NON-Billable Days | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wkend Holiday | LLC | Vacal | Sick | Special | Column Check | Work Description |
| Monday | | | 1 | | | | | | | | | | | | 1 | |
| Tuesday | | | 1 | | | 1 | | | | | | | | | 1 | CRT NY |
| Wednesday | | | 1 | | | | | | | | | | | | 1 | |
| Thursday | | | 1 | | | | | | | | | | | | 1 | |
| Friday | | | 1 | | | | | | | | | | | | 1 | |
| Saturday | | | | | | | | | | 1 | | | | | 1 | |
| Sunday | | | | | | | | | | 1 | | | | | 1 | |

**This Week Period**

| | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

NOTE: This total must always be seven (7)

**Signature** _____

Additional Work Description Area, specify day _____

Batch: 10151742 DCN: 12479347 Seq: 003 Date: 05/23/2007 15:52 Box: 00001137

Batch: 10156097 DCN: 12520869 Seq: 003 Date: 06/29/2007 09:21 Box: 00001170

# TSCI Infotech Management LLC

**Weekly Work-Day Report**  Version 3    Rpt 24

**First Name:** Daniel    **Last Name** Adon

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 8116 Wilson Lane

**Town** Bethesda    **County** Montgomery    **State** MD    **Zip** 20814

**Week Starting on** Month 4 | Day 16 | Year 2007

Do not write on blue or red cells

| | | ACS Work Day | | | | ACS NON-Billable Days | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS | TSCI | PO FL | PO MD | PO VA | Wkend | Holiday | LLC | Vacat | Sick | Special | Column Check | Work Description |
| Monday | | | 1 | | | | | | | | | | | | | 1 | |
| Tuesday | | | 1 | | | | | | | | | | | | | 1 | |
| Wednesday | | | 1 | | | | | | | | | | | | | 1 | Preparation of briefing of SC for Atlanta |
| Thursday | | | 1 | | | | | | | | | | | | | 1 | |
| Friday | | | | | | | | | 1 | | | | | | | 1 | Continuation of preparations for SC briefings in Atlanta (pd) |
| Saturday | | | | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | 1 | | | | | | | | |

**This Week Period**

| Tot ACS Work Days | 5 |
|---|---|
| Tot Holiday | |
| Tot LLC Work Days | 2 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | 7 | NOTE: This total must always be seven (7) |

**Additional Work Description Area, specify day**

Signature

# TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 3

**First Name:** Daniel                    Rgn 25

**Tax ID (SSN) Number** 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        **Last Name** Acton

**Personal Office Address, # Street:** 5116 Wilson Lane

Town [Bethesda]          County [Montgomery]          State [MD]   Zip [20814]

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 4 | 23 | 2007 |

Do not write on blue or red cells

| | ACS Work Day | | | | | ACS NON-Billable Days | | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS | TSCI | PO FL | PO ND | PO VA | Wkend Holiday | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | | | 1 | | | | | | | | | | | | 1 | |
| Tuesday | | | 1 | | | | | | | | | | | | 1 | |
| Wednesday | | | 1 | | | | | | | | | | | | 1 | |
| Thursday | | | 1 | | | | | | | | | | | | 1 | |
| Friday | | | 1 | | | | | | | | | | | | 1 | 1 Business Development Activities |
| Saturday | | | | | | | | | | | 1 | | | | 1 | 1 Business Development Activities |
| Sunday | | | | | | | | | | | 1 | | | | 1 | 1 Business Development Activities |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 0 |
| Tot LLC Work Days | 2 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 : NOTE: This total must always be seven (7) |

Additional Work Description Area, specify day

**Signature**

# TSCI Infotech Management LLC

**Weekly Work-Day Report**    Version 3    Rpt 26

**First Name:** Daniel    **Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 6118 Wilson Lane

| Town | Bethesda | | County | Montgomery | | State | MD |
|---|---|---|---|---|---|---|---|
| | | | | | | Zip | 20814 |

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 4 | 30 | 2007 |

Do not write on blue or red cells

| | | ACS Work Day | | | | | | | | ACS NON-Billable Days | | | | | Column | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO VA | Wk Holiday | and LLC | LLC Vacat | Sick | Special | Check | |
| Monday | | 1 | 1 | | | | | | | | | | | | 1 | |
| Tuesday | | 1 | 1 | | | | | | | | | | | | 1 | |
| Wednesday | | 1 | 1 | | | | | | | | | | | | 1 | |
| Thursday | | 1 | 1 | | | | | | | | | | | | 1 | |
| Friday | 1 | | | | | | | | | | | | | | 1 | |
| Saturday | | | | | | | | | | 1 | | | | | 1 | |
| Sunday | | | | | | | | | | | 1 | | | | 1 | |
| | | | | | | | | | | | | | | | 1 | Business Development Activities |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 5 |
| Tot Holiday | 1 |
| Tot LLC Work Days | 1 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

NOTE: This total must always be seven (7)

Additional Work Description Area, specify day

**Signature**

# TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 4

**First Name:** Daniel    Rel 27

**Tax ID (SSN) Number** 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    **Last Name** Acton

**Personal Office Address, # Street:** 5116 Wilson Lane

| Town | Bethesda | County | Montgomery | State | MD |
|------|----------|--------|------------|-------|----|
| | | | | Zip | 20814 |

**Week Starting on**

| Month | Day | Year |
|-------|-----|------|
| 5 | 7 | 2007 |

### Do not write on blue or red cells

| | | ACS Work Day | | | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO GA | PO NY | PO VA | Wkend | LLC | Vacat | Sick | Special | Check | Work Desc |
| Monday | 1 | | | | | | | | | | | | | | | | 1 | |
| Tuesday | 1 | | | | | | | | | | | | | | | | 1 | |
| Wednesday | | 1 | | | | | | | | | | | | | | | 1 | |
| Thursday | | 1 | | | | | | | | | | | | | | | 1 | |
| Friday | | 1 | | | | | | | | | | | | | | | 1 | |
| Saturday | | | | | | | | | | | | Holiday | | | | | 1 | Preparations for WiPro scope me |
| Sunday | | | | | | | | 1 | | | | | | | | | 1 | |

**This Week Period**

| Tot ACS Work Days | 6 |
|-------------------|---|
| Tot Holiday | 1 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | **7** |

NOTE: This total must always be seven (7).

**Signature** _[signature]_

**Additional Work Description Area, specify day**



T&CI Infotech Management LLC

Weekly Work-Day Report    Version 4

First Name: [Marion]    Last Name: [Fleming]

Tax ID (SS#) Number: [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]

Personal Office Address, # Street: [4710 Pella Lane]

Town [Fredericksburg]    County [Spotsylvania]    State VA    Zip [22407]

Week Starting on [Month 4] [Day 9] [Year 2007]

Do not write on blue or red cells

| | | | ACS Work Day | | | | | | | | | | ACS NON-Billable Days | | | | | Column | |
| | DC | ATL | MD | TX | ACS | TBCI | PO FL | PO MD | PO CA | PO NY | PO VA | Weekend | Holiday | LLC | Vacat | Sick | Special | Check | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | | | | Holiday | | | | | | Do not start until 4/11/07 |
| Tuesday | | | | | | | | | | | | 1 | | | | | | 0 | Do not start until 4/11/07 |
| Wednesday | | | | | | | | | | | | 1 | | | | | | 0 | Major CR Analysis, Memos to Wipro re: Case Mgmt, as of 4 major chng requests (redacted, term) |
| Thursday | | | | | | | | | | | | 1 | | | | | | 1 | Continue CR analysis coordinate & update memos |
| Friday | | | | | | | | | | | | 1 | | | | | | 1 | Weekly Wipro Status update, Update Major CR Summary status, Finalize & send CR memos rejecting 4 CRs and approving 1. Update Wipro payment schedule & coordinate dates with PMO |
| Saturday | | | | | | | | | | | | | | | | | | | Update Coordinate Case Management Memo, Update detailed Major CR summary sheet, summary of savings |
| Sunday | | | | | | | | | | | | | | | | | | 1 | |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 4 |
| Tot Holiday | 0 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 4 |

Additional Work Description Area, specify day

Signature

NOTE: This total must always be seven (7) - 4

**TBCI Unfotech Management LLC**

**Weekly Work-Day Report**  Version 4

**First Name:** Martyn

**Last Name:** Pentry

**Tax ID (SSN) Number**  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

**Personal Office Address, # Street:** 6610 Polk Lane

**Town** Fredericksburg  **County**  Spotsylvania  **State** VA  **Zip** 22407

**Week Starting on**  Month 4  Day 16  Year 2007

Do not write on blue or red cells



| | | | | | | | ACS NON-Billable Days | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Monday / Tuesday
Wednesday
Thursday
Friday
Saturday / Sunday

This Week Period
Tot ACS Work Days  0
Tot Holiday  0
Tot LLC Work Days  0
Tot Vacation Days  0
Tot Sick Days  0
Tot Special Days  0

Additional Work Description Area, specify day.

**Signature**



Batch: 10151742 DCN: 12479347 Seq: 010 Date: 05/23/2007 15:52 Box: 00001137
Batch: 10156097 DCN: 12520869 Seq: 010 Date: 06/29/2007 09:21 Box: 00001170

TSCi Infotech Management LLC

**Weekly Work-Day Report**   Version 4

**First Name:** Marilyn

**Tax ID (SSN) Number** 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

**Last Name** Fleming

**Personal Office Address, # Street:** 6210 Pella Lane

Town Fredericksburg   County Spotsylvania   State VA   Zip 22407

**Week Starting on** Month 4 / Day 30 / Year 2007

Do not write on blue or red cells

| | DC | ATL | MD | TX | ACS Work Day — ACS, TSCi Other | PO FL | PO MD | PO CA | PO NY | PO VA | ACS NON-Billable Days — Wkend Holiday | LLC | Vacat | Sick | Special | Column Check | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | | | | | | | | Major Change Request analysis and supporting documentation. |
| Tuesday | | | | | | | | | | | | | | | | | Continued coordination, review, analysis preparing for Wipro negotiation session. |
| Wednesday | | | | | | | | | | | | | | | | | Wipro Discussion of Major Change Requests. Document status and follow on. |
| Thursday | | | | | | | | | | | | | | | | | Continued Wipro discussion on major change requests. |
| Friday | | | | | | | | | | | | | | | | | Document status and follow on. Continued analysis Wipro Major Change requests in preparation for ACS meetings the following week. |
| Saturday | | | | | | | | | | | 1 | | | | | | Continued analysis and documentation Wipro Major Change requests. |
| Sunday | | | | | | | | | | | 1 | | | | | | |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 0 |
| Tot Holiday | |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

NOTE: This total must always be seven (7)

Additional Work Description Area, specify day

**Signature**



TSCI Infotech Management LLC

Weekly Work-Day Report    Version 4

First Name: Marilyn

Tax ID (SSN) Number 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

Personal Office Address, # Street: 6910 Pala Lane

Last Name: Fleming

Town Fredericksburg    County Spotsylvania    State VA    Zip 22407

Week Starting on [Month] 8 [Day] 7 [Year] 2007

Do not write on blue or red cells

Monday, Tuesday, Wednesday, Thursday, Friday, Saturday, Sunday

This Week Period

Signature

NOTE: this total must always be 62-58 (?)

Additional Work Description Area, specify day

# TSCi Infotech Management LLC

**Weekly Work-Day Report**    Version 4

**First Name:** Kumar

**Last Name:** Bhaskaran

**Tax ID (SSN) Number** 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

**Personal Office Address , # Street:** Englewood Cliffs    45 Clifton Terrace

| Town | County | State | Zip |
|---|---|---|---|
| | Bergen | NJ | 7632 |

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 4 | 23 | 2007 |

Do not write on blue or red cells

| | ACS Work Day | | | | | | | | | | ACS NON-Billable Days | | | | | | Column | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC | ATL | MD | TX | ACS | Other | TSCi | PO FL | PO MD | PO CA | PO NJ | PO VA | Weend | LLC | Vacat | Sick | Special | Check | Work Description |
| Monday | | | | | | | | | | | | Holiday | | | | | | Not on-board yet |
| Tuesday | 1 | | | | | | | | | | | | | | | | | Not on-board yet, travel to Atlanta in the afternoon |
| Wednesday | | | | | | | | | | | | | | | 1 | | | Meetings with ACS Exec. Team (Chris Deabymer et al) |
| Thursday | | | | | | | | | | 1 | | | | | | | | Evaluation of the dynamic case event management solution |
| Friday | | | | | | | | | | 1 | | | | | | 1 | | design, analysis of risk mitigation plan |
| Saturday | | | | | | | | | | | | 1 | | | | | | Holiday |
| Sunday | | | | | | | | | | | | 1 | | | | | | Holiday |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 3 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 2 |

**Signature** _[signature]_



TSCI Infotech Management LLC

Weekly Work-Day Report    Version 4

First Name: Kumar    Last Name: Bhaskaran

Tax ID (SSN) Number    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

Personal Office Address, # Street:

| Town | Englewood Cliffs | County | 46 Clifton Terrace | Bergen | State | NJ | Zip | 7632 |

Week Starting on

| Month | Day | Year |
|---|---|---|
| 4 | 30 | 2007 |

Do not write on blue or red cells

| | ACS Work Day | | | | | | ACS NON-Billable Days | | | | | Column | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC | ATL | MD | TX | ACS Other | TSCI | PO FL | PO MD | PO CA | PO NJ | PO VA | Wkend Holiday | LLC Vacat'l | Sick | Special | Check | |
| Monday | | | | | | | | | | | | | | | | |
| Tuesday | | 1 | | 1 | | | | | | | | | | | 1 | Dynamic Case Event Management |
| Wednesday | | 1 | | | | | | | | | | | | | 1 | Architecture and planning presentation to Taxes preparation |
| Thursday | | | | | | | | | | | | | | | 1 | Presentation to Taxes |
| Friday | | | | | | | | 1 | | | | | | | 1 | Use Case Change Requirement Analysis & Discussions |
| Saturday | | | | | | | | | | 1 | | | | | 1 | Holiday |
| Sunday | | | | | | | | | | | 1 | | | | 1 | Holiday |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 6 |
| Tot Holiday | 2 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |

Signature

# TSCI Infotech Management LLC

**Weekly Work-Day Report**    Version 4

**First Name:** Kumar    **Last Name** Bhaskaran

**Tax ID (SSN) Number**    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

**Personal Office Address, # Street:**

| Town | Englewood Cliffs | County | 48 Clifton Terrace | Bergen | State | NJ |
| --- | --- | --- | --- | --- | --- | --- |

Zip 7632

**Week Starting on**

| Month | Day | Year |
| --- | --- | --- |
| 9 | 7 | 2007 |

**Do not write on blue or red cells**



| | ACS Work Day | | | | ACS NON-Billable Days | | | | | | | | | | | | | | | | | | | Column | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DC | ATL | MD | TX | ACS | Other | TSCI | PO FL | PO MD | PO CA | PO NJ | PO VA | Nsmd | Holiday | LLC | Vacat | Sick | Special | Check | | Work Description |
| Monday | | | 1 | | | | | | | | | | | | | | | | | Change Request Analysis |
| Tuesday | | | 1 | | | | | | | | | | | | | | | | 1 | Architecture discussions with Tesco |
| Wednesday | | | | | | | | | | | | | | | | | | | 1 | Presentation to Tesco |
| Thursday | | | 1 | | | | | | | | | | | | | | | | 1 | Review of System Design |
| Friday | | | 1 | | | | | | | | 1 | | | | | | | | 1 | Test Org and Plan Assessment |
| Saturday | | | | | | | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | | | | | | 1 | | | | | 1 | Holiday |

**This Week Period**

| | |
| --- | --- |
| Tot ACS Work Days | 0 |
| Tot Holiday | 1 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| **Total Days This Week** | 7 |

NOTE: This total must always be seven (7)

**Signature**



Batch: 10151742 DCN: 12479347 Seq: 016 Date: 05/23/2007 15:52 Box: 00001137

Batch: 10156097 DCN: 12520869 Seq: 016 Date: 06/29/2007 09:21 Box: 00001170



Batch: 10151742 DCN: 12479347 Seq: 017 Date: 05/23/2007 15:52 Box: 00001137

Batch: 10156097 DCN: 12520869 Seq: 017 Date: 06/29/2007 09:21 Box: 00001170





TSCI Infotech Management LLC

Weekly Work-Day Report   Version 4

First Name: Chris   Last Name: McClenaghan

Tax ID (SSN) Number: 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

Personal Office Address, # Street: P O Box 808   County: Monterey

Town: Monterey   State: CA   Zip: 93942

Week Starting on: Month 8  Day 7  Year 2007

Do not write on blue or red cells

| | | ACS Work Day | | | | | | ACS NON-Billable Days | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DC | ATL | MD | TX | ACS | TSCI | PO FL | PO MD | PO CA | PO NY | PO VA | Work Description |
| | | | | Other | | | | | | Holiday | Wkend | LLC | Vacat | Sick | Special | Check | |
| Monday | | 1 | | 1 | | | | | | | | | | | | 1 | Review NH-DSD Training and document proposed change management |
| Tuesday | | 1 | | | | | | | | | | | | | | 1 | Review ACS proposed Gap Control |
| Wednesday | | | | | | | | | | | | | | | | | |
| Thursday | | | | | | | | | | | | | | | | | |
| Friday | | | | | | | | | | | | | | | | | |
| Saturday | | | | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | 1 | | | | | | | 1 | |

| This Week Period | |
|---|---|
| Tot ACS Work Days | 3 |
| Tot Holiday | 0 |
| Tot LLC Work Days | 2 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |
| Total Days This Week | 7 |

NOTE: This total must always be seven (7)

Signature

06/19/2007  16:11   9143475472          ACS SLS TARRYTOWN                     PAGE  02/17  8

ATTN: TOBIAS FINUI - COMPANY 8

# Transformational Strategies Consulting, Inc.

# INVOICE

**Check payable to**: Transformational Strategies Consulting, Inc.
**Mail to**: Treasurer
      9645 Eagle Ridge Dr.
      Bethesda, MD 20817-3920
      Telephone: (301) 365-1246
      Email: treasurer@tsci.biz

**EXHIBIT**
H

## ACS Vendor # 00246257

**IRS #**: 02-0724100;   **DUNS**: 148685196   **Invoice Number: TSCI-SC07**
                                 Date: May 31 - 2007

**Contract Ref.:   ACS Solution Center Planning, Start up and Management**
**Attention:**
      Mr. ~~Pasos Tsitsikis~~  TOBIAS FINUI
      ACS State Healthcare , LLC
      Cost Center _____
      P.O. Box 981256
      El Paso, TX 79998-1256

| DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| ACS Solution Center Planning, Start up and Management as per Exhibit 2, Amendment to Agreement with TSCI. Time Sheets Attached<br>**Performance period: May 14 to May 31/07**<br>4 Sr. Executives at a Rate of $1988.00 per work day.<br>1 Sr. Executive CTO at a Rate of $2,250 per work day.<br>Dan Acton: 14 days<br>M. Baenziger: 8 days<br>Chris McClenaghan: 14 days<br>Marilyn Fleming: 14 days<br>Kumar Bhaskaran, CTO: 14 days<br><br>**Total Number of Days: 64** | $ 130,900.00 |
| **Amount Due** | **$130,900.00** |

*Maria Salgado*
Maria Salgado, Treasurer
TSCI Authorized Signature, May 31, 2007

**ACS Approval Signature for Payment**

Batch: 10155211 DCN: 12510389 Seq: 001 Date: 06/20/2007 10:42 Box: 00001162

06/19/2007  16:11    9143475472                ACS SLS TARRYTOWN                    PAGE  03/17

**TSCI - ACS Solution Center**
**Work Days Invoice Calculation**
Invoice #            TSCI-SC07

Period:          5/14/2007      to        5/31/2007

| Week of | D. Acton | M. Baenziger | C. McClenaghan | MV Fleming | K. Bhaskaran |
|---------|----------|--------------|----------------|------------|--------------|
| Category | Sr. Exec | Sr. Exec | Sr. Exec | Sr. Exec | CTO |
| Work Day  Rate | $1,988 | $1,988 | $1,988 | $1,988 | $2,250 |
| 5/14/2007 | 5 | 0 | 5 | 5 | 5 |
| 5/21/2007 | 5 | 4 | 5 | 5 | 5 |
| 5/28/2007 | 4 | 4 | 4 | 4 | 4 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Person Days | 14 | 8 | 14 | 14 | 14 |
| Person Period | $27,832 | $15,904 | $27,832 | $27,832 | $31,500 |

| Total This Period   Work Days | 64 |
|---|---|

| Period Total Invoice | $130,900 |
|---|---|

Batch: 10155211 DCN: 12510389 Seq: 002 Date: 06/20/2007 10:42 Box: 00001162



TBCI Infotech Management LLC

Weekly Work-Day Report     Version 4

First Name:     Daniel     Last Name     Adan

Tax ID (SSN) Number     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

Personal Office Address, & Street:     5116 Wilson Lane

Town     Bethesda     County     Montgomery     State     MD     Zip     20814

Week Starting on     Month     5     Day     14     Year     2007

Do not write on blue or red cells

# TBIC Infotech Management LLC

**Weekly Work-Day Report**  Version 4

**First Name:** Daniel  **Last Name:** Adon

**Tax ID (SSN) Number:** 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

**Personal Office Address, # Street:** 5116 Wilson Lane

Town: Bethesda  County: Montgomery  State/Zip: MD 20814

**Week Starting on:** Month 5  Day 21  Year 2007

Do not write on blue or red cells

| Monday |
| Tuesday |
| Wednesday |
| Thursday |
| Friday |
| Saturday |
| Sunday |

**This Week Period**

Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify day

Signature _____

06/19/2007  16:11    9143475472              ACS SLS TARRYTOWN                    PAGE  06/17





**TSCI Infotech Management LLC**

**Weekly Work-Day Report**    Version 4

**First Name:**    Kumar    **Last Name**    Bhaskaran

**Tax ID (SSN) Number**    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

**Personal Office Address, # Street:**    46 Clifton Terrace

Town:    Englewood Cliffs    County    Bergen    State [NJ]    Zip [07632]

**Week Starting on**    Month 6   Day 21   Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

**This Week Period**
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Signature

Additional Work Description Area, specify day





TSCi Infotech Management LLC

Weekly Work-Day Report     Version 4

First Name: Kumar     Last Name: Bhaskaran

Tax ID (SSN) Number: 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

Personal Office Address, # Street: Englewood Cliffs     Town     County: 46 Clifton Terrace     Bergen     State: NJ     Zip: 07632

Week Starting on: Month 6  Day 28  Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify day

Signature



**TSCI Infotech Management LLC**

**Weekly Work-Day Report**    Vendor 4

**First Name:** Madan    **Last Name** Fleming

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 6210 Pella Lane

Town Fredericksburg    County Spotsylvania    State VA    Zip 22407

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 5 | 14 | 2007 |

Do not write on blue or red cells

| | MON | TUE | WED | THU | FRI | SAT | SUN | | | | | | | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | | | | | Prepare for executive meeting Wipro-ACS ACS ESt CCB |
| Tuesday | | | | | 1 | | | | | | | | | Prepations for executive meeting Wipro-ACS  Planning session with Tasca, et al. |
| Wednesday | | | | | | | | | | | | | | Executive meeting Wipro-ACS |
| Thursday | | | | | | | | | | | | | | Executive meeting Wipro-ACS |
| Friday | | | | | | 1 | | | | | | | | Executive meeting Wipro-ACS follow up; revised payment milestones for SOW |
| Saturday | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | | | | | | |

| This Week Period | |
|---|---|
| Tot ACS Work Days | |
| Tot Holiday | |
| Tot LLC Work Days | |
| Tot Vacation Days | |
| Tot Sick Days | |
| Tot Special Days | |

Signature _____

Additional Work Description Area, specify day



**T&CI Infotech Management LLC**

**Weekly Work-Day Report**    Version 4

**First Name:** Marilyn          **Last Name** Fleming

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 6210 Pelle Lane

Town Fredericksburg    County Spotsylvania    State VA    Zip 22407

**Week Starting on**    Month 6  Day 21  Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

**This Week Period**
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

**Additional Work Description Area, specify day**

**Signature**

06/19/2007  16:11    9143475472                    ACS SLS TARRYTOWN                    PAGE  12/17



# TSCI Infotech Management LLC

## Weekly Work-Day Report          Version 4

**First Name:** Marilyn                    **Last Name:** Fleming

**Tax ID (SSN) Number:** 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

**Personal Office Address, # Street:** 6710 Pella Lane

Town Fredericksburg          County Spotsylvania          State VA    Zip 22407

**Week Starting on**

| Month | Day | Year |
|---|---|---|
| 5 | 28 | 2007 |

Do not write on blue or red cells

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Monday**

**Tuesday**

**Wednesday**

**Thursday**

**Friday**

**Saturday**

**Sunday**

**This Week Period**

| Ttl ACB Work Days | | |
| Ttl Holiday | | |
| Ttl LLC Work Days | | |
| Ttl Vacation Days | | |
| Ttl Sick Days | | |
| Ttl Special Days | | |

**Signature**

**Additional Work Description: Area, specify day**



TSCI Infotech Management LLC

Weekly Work-Day Report          Version 4

First Name: Chris                    Last Name: McGeoghan

Tax ID (SSN) Number    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

Personal Office Address, # Street:  P O Box 909
Town Monterey          County Monterey          State CA  Zip 83942

Week Starting on   Month Day Year
                    5    14  2007

Do not write on blue or red cells



06/19/2007  16:11    9143475472                    ACS SLS TARRYTOWN                    PAGE  15/17



Batch: 10155211 DCN: 12510389 Seq: 014 Date: 06/20/2007 10:42 Box: 00001162



# TSCII Infotech Management LLC

## Weekly Work-Day Report    Version 4

**First Name:**  Mark    **Last Name:**  Baenziger

**Tax ID (SSN) Number**  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

**Personal Office Address, # Street:**  5226 NE 23rd    **County**  Multnomah    **State**  OR    **Zip**  97211

**Town**    **Period**

**Week Starting on**    Month  Day  Year    5  28  2007

Do not write on blue or red cells

Monday:
Tuesday:
Wednesday:
Thursday:
Friday:
Saturday:
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

**Signature**  Mark Baenziger (signed)

Additional Work Description Area, specify day

06/19/2007  16:11    9143475472              ACS SLS TARRYTOWN                    PAGE  17/17



# *Transformational Strategies Consulting, Inc.*

## INVOICE

**Electronic Funds Transfer**
**Mail Address:** Maria Salgado, Treasurer
        9645 Eagle Ridge Dr.
        Bethesda, MD  20817-3920
        Telephone: (301) 365-1246
        Email: treasurer@tsci.biz

**EXHIBIT**
I

**IRS #:** 02-0724100;    **DUNS:** 148685196       **Invoice Number: TSCI-SC08**
                                                        **Date:**  30 – June - 2007

| **Contract Ref.:   ACS MMIS / Solution Center Planning, Start up and Management** |
| --- |
| **Attention:** |
| ~~Mr. Tasos Tsolakis~~ ATTN: TOBIAS FINUI COMPANY: 8 <br> ACS State Healthcare , LLC <br> Cost Center _____ <br> P.O. Box 981256 <br> El Paso, TX 79998-1256 |

| DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES | AMOUNT |
| --- | --- |
| ACS MMIS Enterprise Solution Product Development Project.  Time Sheets Attached <br> **Performance period:  June 1/07 to June 30/07** <br> **Sr. Executive Rate at $ 1988.00 and CTO at $ 2250 per work day.** <br> CTO, K. Bhaskaran Days: 22 <br> Dan Acton Days: 20 <br> M. Baenziger Days: 21 <br> C. McClenaghan Days: 21 <br> M.V. Fleming Days: 25 <br> **Total Number of Days: 109** | $ 222,456.00 |
| **Amount Due** | **$222,456.00** |

*Maria Salgado*
Maria Salgado, Treasurer
TSCI Authorized Signature, June 30, 2007

**ACS Approval Signature for Payment**

Name _____
Date _____

07/10/2007  14:40    9143475472                ACS SLS TARRYTOWN                    PAGE  03/28

**TSCI - ACS Solution Center**
**Work Days Invoice Calculation**
**Invoice #**              TSCI-SC08

| Period: | 6/1/2007 | to | 6/30/2007 |
|---|---|---|---|

**NOTE:**        **This period work has been entirely dedicated to the Enterprise Solution Product Development Project**

| Week of | D. Acton | M. Baenziger | C. McClenaghan | MV Fleming | K. Bhaskaran |
|---|---|---|---|---|---|
| Category | Sr. Exec | Sr. Exec | Sr. Exec | Sr. Exec | CTO |
| Work Day Rate | $1,988 | $1,988 | $1,988 | $1,988 | $2,250 |
| | | | | | |
| 6/1/2007 | 1 | 1 | 1 | 2 | 1 |
| 6/4/2007 | 5 | 5 | 5 | 6 | 6 |
| 6/11/2007 | 6 | 5 | 5 | 5 | 5 |
| 6/18/2007 | 5 | 5 | 5 | 6 | 5 |
| 6/25/2007 | 3 | 5 | 5 | 6 | 5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Person Days | 20 | 21 | 21 | 25 | 22 |
| Person Period | $39,760 | $41,748 | $41,748 | $49,700 | $49,500 |

| Total This Period   Work Days | 109 |
|---|---|
| Period Total Invoice | $222,456 |

Batch: 10157338 DCN: 12533267 Seq: 002 Date: 07/11/2007 11:44 Box: 00001180



TSCI Infotech Management LLC

Weekly Work-Day Report    Version 4

First Name:    Mark

Tax ID (SSN) Number    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

Personal Office Address, # Street:  5226 NE 23rd

Last Name  Beenziger

Town  Portland    County  Multnomah    State  OR    Zip  97211

Week Starting on    Month  6  Day  25  Year  2007

Do not write on blue or red cells

07/10/2007  14:40    9143475472    ACS SLS TARRYTOWN    PAGE  05/28



07/10/2007  14:40    9143475472    ACS SLS TARRYTOWN    PAGE  06/28

TSCI Infotech Management LLC

**Weekly Work-Day Report**    Version 4

First Name:  Mark    Last Name  Baenziger

Tax ID (SSN) Number    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

Personal Office Address, # Street:  8208 NE 23rd
Town  Portland    County  Multnomah    State  OR
Zip  97211

Week Starting on    Month  6    Day  11    Year  2007

Do not write on blue or red cells

| | Work Description |
|---|---|
| Monday | |
| Tuesday | Oregon - Introductory discussions with Jeff Brewer. Elaboration |
| Wednesday | CRITICAL: Detailed weekly test plan for EER discussions with |
| Thursday | Oregon - Reading Connexion background docs at POX Reseach |
| Friday | Oregon - Working on plan for gap/x elaboration of EER interac |
| Saturday | Oregon - Connexion discussions, research with Sanjeeva, Chri |
| Sunday | |

Signature  Mark Baenziger (signed)

**This Week Period**
| Tot ACS Work Days | |
| Tot Holiday | |
| Tot LLC Work Days | |
| Tot Vacation Days | |
| Tot Sick Days | |
| Tot Special Days | |

Additional Work Description Area, specify day

07/10/2007  14:40    9143475472    ACS SLS TARRYTOWN    PAGE  07/28















TSCi Infotech Management LLC

Weekly Work-Day Report        Version 4

First Name:        Kumar          Last Name        Bhaskaran

Tax ID (SSN) Number        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

Personal Office Address, # Street:        48 Clifton Terrace
   Town    Englewood Cliffs    County    Bergen    State  NJ
                                                   Zip   07632

Week Starting on    Month 5  Day 28  Year 2007

Do not write in blue or red cells

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|

| Memorial Day |
| Tools Status and Plans |
| Tools Assessment |
| Holiday |

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Signature

Additional Work Description Area, specify day

TSCI Infotech Management LLC

Weekly Work-Day Report          Version 4          Rpt 34

First Name:  Daniel                Last Name  Acton

Tax ID (SSN) Number    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

Personal Office Address, # Street:    5118 Wilson Lane
              Town  Bethesda          County  Montgomery        State  MD
                                                               Zip  20814

Week Starting on    Month 6 | Day 25 | Year 2007

Do not write in on blue or red cells



Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Signature

Additional Work Description Area, specify day

TBCI Infotech Management LLC

**Weekly Work-Day Report**      Version 4      Rpt 33

First Name:  [Daniel]      Last Name  [Acton]

Tax ID (SSN) Number  [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]

Personal Office Address, # Street:  [6116 Wilson Lane]

Town  [Bethesda]      County  [Montgomery]      State  [MD]  Zip  [20814]

Week Starting on   Month [6]  Day [18]  Year [2007]

Do not write on blue or red calls

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

**This Work Period**
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Signature

Additional Work Description Area, specify day















# TSCI Infotech Management LLC

## Weekly Work-Day Report    Version 4

**First Name:** Chris

**Last Name** McClenaghan

**Tax ID (SSN) Number**  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

**Personal Office Address, # Street:** P O Box 908

Town Monterey    County    Monterey    State CA    Zip 93942

**Week Starting on**  Month 6  Day 4  Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

**This Week Period**
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

**Signature**

Additional Work Description Area, specify day

TSCI Infotech Management LLC

**Weekly Work-Day Report**     Version 4

First Name:     Chris          Last Name:  McClenaghan

Tax ID (SSN) Number     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

Personal Office Address, # Street:   P O Box 908

Town  Monterey          County   Monterey                    State  CA
                                                              Zip    93942

Week Starting on    Month Day  Year
                      5    28   2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

Work Description

Indicate and Visit ESC CoAP Determination Plan document

Signature

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify day





TSCI Infotech Management LLC

Weekly Work-Day Report          Version 4

First Name:    Marilyn

Last Name    Fleming

Tax ID (SSN) Number    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

Personal Office Address, # Street:    6210 Pella Lane

Town    Fredericksburg    County    Spotsylvania    State    VA    Zip    22407

Week Starting on    Month 6    Day 18    Year 2007

Do not write on blue or red cells

| | | | WTIH PLACEHSGER |
|---|---|---|---|
| | | | ES2 SOW options, Wipro RecPro licenses, Deliverable sign-off, status updates |
| | | | ES2 SOW options, Document Deliverable defect analysis, Wipro Deliverable sign off |
| | | | ES2 SOW framework, status report compare, sign off documents, Security Documents, EPT checklist |
| | | | ES2 SOW framework, status report compare, sign off documents, Security Documents, Incremental Costs |
| | | | ES2 SOW framework, status report compare, sign off documents, Security Documents, Incremental Costs |
| | | | Document ES2 SOW guidelines and outline for delivery by 6/28/2007. Complete incremental scope and payment table for potential negotiation with Wipro week of 6/25 |

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Signature

Additional Work Description Area, specify day



TSCI Infotech Management LLC

**Weekly Work-Day Report**    Version 4

First Name:    Marilyn

Tax ID (SSN) Number    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

Personal Office Address, # Street:    8210 Palla Lane

Town Fredericksburg    County    Spotsylvania    State VA    Zip 22407

Last Name    Fleming

Week Starting on    Month 6  Day 4  Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

ES2 SOW, Executive Action Items
ES2 SOW, Signed Docs, Offshore review preparation
ES2 SOW, Signed Docs, Offshore review preparation,
Rational onshore tools for micro, Specific questions for T&E
analysis, Eng/Design Traceability
ES2 SOW, Opportunity to regain dollars through SOW value
reduction for missing scope items, Assessment of program
against 3/2008 analysis & recommendation
Document & Coordinate pay schedule wording and payment
milestones to set stage to recover contract dollars from
missed deliverables. Per Stacy's request to support meeting
with Wipro on 6/12

**This Week Period**
Tot AC3 Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Signature

Additional Work Description Area, specify day



TSCI Infotech Management LLC

Weekly Work-Day Report     Version 4

First Name: Marilyn                    Last Name: Fleming

Tax ID (SSN) Number    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

Personal Office Address, # Street:    6210 Pelle Lane
Town  Fredericksburg      County  Spotsylvania        State  VA
                                                      Zip   22407

Week Starting on    Month  Day  Year
                      5    28   2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

Documentation for Chris, Kumar; CCB process, Deliverable process, ES2 SOW
CCB process, SOW addendum plea; cra, deliverable retiring

Reannouncement an hr po weekly status report, Signoff document final plan for resignation, CCB process, Contact Management, Gap analysis, ES2 SOW

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Signature

Additional Work Description Area, specify day

# *Transformational Strategies Consulting, Inc.*

## INVOICE

**Check payable to**: Transformational Strategies Consulting, Inc.
**Mail to:**  Treasurer
       9645 Eagle Ridge Dr.
       Bethesda, MD  20817-3920
       Telephone: (301) 365-1246
       Email: treasurer@tscl.blz

```
EXHIBIT

   J
```

### ACS Vendor # 00246257

**IRS #:** 02-0724100;    **DUNS:** 148685196    **Invoice Number: TSCI-SC09**
                                    **Date:** July 31 - 2007

| Contract Ref.:   ACS Solution Center Planning, Start up and Management |
|---|
| **Attention:**  TOBIAS FINUI   COMPANY B |
| ~~Mr. Pasos Tsolakis~~ |
| ACS State Healthcare , LLC |
| Cost Center _____ |
| P.O. Box 981256 |
| El Paso, TX 79998-1256 |

| DESCRIPTION OF SERVICES AND/OR REIMBURSABLE EXPENSES | AMOUNT |
|---|---|
| ACS Solution Center Planning, Start up and Management as per Exhibit 2, Amendment to Agreement with TSCL  Time Sheets Attached | |
| **Performance period:  July 1 to July 31/07** | |
| **4 Sr. Executives at a Rate of $1988.00 per work day.** | |
| **1 Sr. Executive CTO at a Rate of $2,250 per work day.** | |
| Dan Acton: 21 days | |
| M. Baenziger: 21 days | |
| Chris McClenaghan: 19 days | |
| Marilyn Fleming: 22 days | |
| Kumar Bhaskaran, CTO: 19 days | |
| **Total Number of Days: 102** | |
| **Amount Due** | **$207,754** |

*Maria Salgado*

Maria Salgado, Treasurer
TSCI Authorized Signature, July 31, 2007

              **ACS Approval Signature for Payment**

**TSCI - ACS Solution Center**
**Work Days Invoice Calculation**
**Invoice #**          TSCI-SC09

Period:          7/1/2007          to          7/31/2007

**NOTE:**          This period work has been entirely dedicated to
                    the Enterprise Solution Product Development Project

| Week of | D. Acton | M. Baenziger | C. McClenaghan | MV Fleming | K. Bhaskaran |
|---------|----------|--------------|----------------|------------|--------------|
| Category | Sr. Exec | Sr. Exec | Sr. Exec | Sr. Exec | CTO |
| Work Day Rate | $1,988 | $1,988 | $1,988 | $1,988 | $2,250 |
| | | | | | |
| 7/2/2007 | 4 | 4 | 3 | 5 | 2 |
| 7/9/2007 | 5 | 5 | 5 | 5 | 5 |
| 7/16/2007 | 5 | 5 | 5 | 5 | 5 |
| 7/23/2007 | 5 | 5 | 4 | 5 | 5 |
| 7/30/2007 | 2 | 2 | 2 | 2 | 2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Person Days | | | | | |
| Person Period | | | | | |

| | | |
|---|---|---|
| Total This Period | Work Days | 102 |
| Period Total Invoice | | $207,754 |

08/06/2007  17:29    9143475472                    ACS SLS TARRYTOWN                                    PAGE  04/28







TBCH Infotech Management LLC

Weekly Work-Day Report     Version 4

First Name: Mark                     Last Name: Bensinger

Tax ID (SSN) Number   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

Personal Office Address, # Street: 5228 NE 23rd

Town (Portland)     County (Multnomah)     State OR   Zip 97211

Week Starting on   Month 7   Day 16   Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify day

Signature   Mark Bensinger (Signed)

08/06/2007  17:29   9143475472               ACS SLS TARRYTOWN                    PAGE  07/28



TSCi Infotech Management LLC

**Weekly Work-Day Report**    Version 4

First Name: [Mark]    Last Name: [Bemsijer]

Tax ID (SSN) Number: [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]

Personal Office Address, # Street: [5228 NE 23rd]    County [Multnomah]    State [OR]    Zip [97211]

Town [Portland]

Week Starting on    Month [7]    Day [23]    Year [2007]

Do not write on blue or red cells

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

Signature    Mark Bemsijer (signed)

Additional Work Description Area, specify day

Batch: 10160337 DCN: 12564519 Seq: 006 Date: 08/07/2007 15:27 Box: 00001205

TSCI Infotech Management LLC

**Weekly Work-Day Report**    Version 4

**First Name:**    Mark          **Last Name**  Bamzigar

**Tax ID (SSN) Number**    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

**Personal Office Address, # Street:** 5229 NE 23rd    **County**  Multnomah

Town  Portland                                          State  OR
                                                        Zip   97211

**Week Starting on**   Month  Day  Year
                        7     30   2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

**This Week Period**

Tot ACS Work Days
Tot Holiday
Tot LCA Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description, Area, specify day

**Signature**   Mark Bamzigar (signed)

08/06/2007  17:29    9143475472    ACS SLS TARRYTOWN    PAGE  09/28



TSCI Infotech Management LLC

**Weekly Work-Day Report**    Version 4

**First Name:** Manoju    **Last Name:** Rangu

**Tax ID (SSN) Number:** 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

**Personal Office Address, # Street:** 81 N6 Polk Lane    **County:** Spotsylvania    **State:** VA    **Zip:** 22407

**Town/Province:** Fredericksburg

**Week Starting on:** Month 7 / Day 2 / Year 2007

Do not write on blue or red cells

| | ACS Work Day | | | | | | | | | | | | | | | | | | | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | ACS | TSCI | DO FL | PO MD | PO CA | PO WY | PO VA | | | | | | | | | |
| **Monday** | | | | | | | | | | | | | | | | | | | | Analysis and id existing scope and confirm with Shirony, ACS observations & recommendations. |
| **Tuesday** | | | | | | | | | | | | | | | | | | | | Deliverable review process and signoff process notes and lessons learned meeting with ACB, E82 ECW briefing package, finalize access to and clear permit compliance. |
| **Wednesday** | | | | | | | | | | | | | | | | | | | | ECW & CR analysis to address issues from 2 July CCB, analysis provisions returns to OQB actions on CR 809 and 77. Continued analysis ACS E81+E82 status information on record. Completed reports for E81 follow on. |
| **Thursday** | | | | | | | | | | | | | | | | | | | | E81 status review. It follow on. Document E82 contact concerns and next steps; organize and daily outline for E82 contact contact define foundation for ACS next steps on E82. |
| **Friday** | | | | | | | | | | | | | | | | | | | | Preliminary session with ACS QA in build/install proposed deliverable review process, and signoff procedures & initialize QA review to the process. Enterprise project issues and recommendations documentation, continued documentation review, agenda items for follow-on QA session on E81 contact contract outline (prepare for scheduled Monday meeting), agenda items for follow-on QA session on Deliverable review process. |
| **Saturday** | | | | | | | | | | | | | | | | | | | | |
| **Sunday** | | | | | | | | | | | | | | | | | | | | |

| This Week Period | | |
|---|---|---|
| Total Work Days | | 5 |
| Total Holiday | | 0 |
| Total US Work Days | | 0 |
| Total Vacation Days | | 0 |
| Total Sick Days | | 0 |
| Total Special Days | | 0 |

Additional Work Description, Area, specify day

**Signature** [signature present]



Batch: 10160337 DCN: 12564519 Seq: 009 Date: 08/07/2007 15:27 Box: 00001205

# TSCI Infotech Management LLC

## Weekly Work-Day Report    Version 4

**First Name:** Newton

**Last Name:** Fleming

**Tax ID (SSN) Number:** 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

**Personal Office Address, # Street:** 6210 Pella Lane

**Town:** Fredericksburg    **County:** Spotsylvania    **State:** VA    **Zip:** 22407

**Week Starting on:** Month 7  Day 16  Year 2007

Do not write on blue or red cells

| | DC | ATL | BID | TX | ACS Other | TBCI | PO FL | PO MD | PO GA | PO NY | PO VA | | | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | | | | | Complete memo and draft Texas email re: Wipro responsible for IB&E word support as needed to complete EFT. Add computation data & unique ID for Sharp. |
| Tuesday | | | | | | | | | | | 1 | | | Feb 19, 2007 dates to schedule compare table. Design |
| Wednesday | | | | | | 1 | | | | | | | | EES timeline, MSS BDW, Newton UC distribution. Test Description for NABS Code Review BDW |
| Thursday | | | | | | | | | | 1 | | | | Labor qualifications for MSS Code Review BDW, incorporate Design Auth into MSS Track Description. Update and distribute EES BDW method. Research RNA capacity |
| Friday | | | | | | | | | | | 1 | | | Wipro visit to review & analysis. EBZ documentation. Recommendations for EB project. |
| Saturday | | | | | | | | | | | | | | |
| Sunday | | | | | | | | | | | | | | |

**This Week Period**

| | |
|---|---|
| Tot ACS Work Days | 3 |
| Tot Holiday | 0 |
| Tot LLC Work Days | 0 |
| Tot Vacation Days | 0 |
| Tot Sick Days | 0 |
| Tot Special Days | 0 |

**Additional Work Description Area, specify day**

**Signature** [signature]

# TSCI Infotech Management LLC

## Weekly Work-Day Report    Version 4

First Name: **Marilyn**    Last Name: **Fleming**

Tax ID (SSN) Number    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

Personal Office Address, # Street: 6710 Falls Lane

Town: **Fredericksburg**    County **Spotsylvania**    State **VA**    Zip **22407**

Week Starting on    Month **7**    Day **23**    Year **2007**

Do not write on blue or red cells

| | DC | ATL | BID | TX | AC3 | TB3 | PO FL | PO WID | PO GA | PO NY | PO VA | ACS Non-Support Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Other | | | | | | | |

ACS Work Day

**Monday**

**Tuesday**

**Wednesday**

**Thursday**

**Friday**

**Saturday**

**Sunday**

**This Week Period**

Additional Work Description Area, specify day

Signature

## Work Description

MBB Code Review/ follow up, ACS support plan, Wipro +
workplan baseline data (recast/mass)

MBS SOW review, comments, & coordination; code review/
estimating model coordination, ES2 information
coordination and follow on plan

MBB contract management coordination w/Shay & Febrez,
derive & coordinate design audit estimating model, derive &
coordinate design audit MBB performance measures

MBB Code/Design sizing, performance metrics & review
checklists, coordination with Febrez.  SOW, detailed review
and recommendation to Capra et.  ACS RMA expenditures

Wipro status review, analysis & recommendations, cons
with Capra, Red & Doug to validate ES1 transition planned
timelines, LS performance assessment input

08/06/2007  17:29    9143475472                ACS SLS TARRYTOWN                    PAGE  13/28



**TSCI InfoTech Management LLC**

**Weekly Work-Day Report**    Version 4

**First Name:** [Marilyn]

**Last Name** [Fleming]

**Tax ID (SSN) Number** [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]

**Personal Office Address, # Street:** [6210 Pella Lane]

**Town** [Fredericksburg]    **County** [Spotsylvania]    **State** [VA]  **Zip** [22407]

**Week Starting on** **Month** [7] **Day** [30] **Year** [2007]

Do not write on blue or red cells

| | ACS Work Day | | | | | | ACS NON-BILLING DAYS | | | | Work Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DC | ATL | MD | TX | AGS Other | TSCI | PO FL PO MD PO CA PO NY PO VA | Holiday | | | |
| **Monday** | 1 | | | | | | | | | | Strategy meeting ACS-TSCI for ACS/Wipro UAT. Continuous Integration Test Requirements. Coordination session with Wipro to set ACS/Wipro expectations. Follow up.11 Code drop dates for Hubb. Wipro Contract Docs for Silver. OCB lessons learned. |
| **Tuesday** | | | 1 | | | | | | | | Collect and coordinate test plan and expectation documentation, plan for preliminary ACS/TSCI meeting; discussions ACS (Mickey) and TSCI (Kumar) in planning for Wipro/ACS session. |
| **Wednesday** | | | | | | | 1 | | | | Follow up on sign off document and deliverable review process system / planning session with Stacey on TSCI support for completing E2i documents, follow on email to Cars. |
| **Thursday** | | | | | | | 1 | | | | |
| **Friday** | | | | | | | 1 | | | | |
| **Saturday** | | | | | | | | | | | |
| **Sunday** | | | | | | | | | | | |

| This Week Period | |
|---|---|
| Total ACS Work Days | 3 |
| Total Holiday | 0 |
| Total LLC Work Days | 0 |
| Total Vacation Days | 0 |
| Total Sick Days | 0 |
| Total Special Days | 0 |

Additional Work Description Area, specify day

_____
Signature

08/06/2007  17:29  9143475472               ACS SLS TARRYTOWN               PAGE  14/28



## TSCI Intertech Management LLC

**Weekly Work-Day Report**  Version 4

**First Name:** Daniel   **Last Name:** Aden   **Rpt 35**

**Tax ID (SSN) Number** 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

**Personal Office Address, # Street:** 5116 Wilson Lane   **County** Montgomery   **Town** Bethesda   **State** MD   **Zip** 20814

**Week Starting on** Month 7   Day 2   Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot VLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify ctr

Signature





**TSCI Infotech Management LLC**

**Weekly Work-Day Report** — Version 4

First Name: Daniel          Rpt 37          Last Name: Acton

Tax ID (SSN) Number: 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

Personal Office Address, # Street: 5116 Wilson Lane    County   Montgomery    State MD   Zip 20814

Week Starting on    Month 7   Day 16   Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period

Tot ACS Work Days
Tot Holiday
Tot LLY Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify day

Signature



TBICI Infotech Management LLC

Weekly Work-Day Report          Version 4

First Name:    [Daniel]                    Rpt 36          Last Name    [Acton]

Tax ID (SSN) Number    [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]

Personal Office Address, # Street:    [5116 Wilson Lane]

Town                    County    [Montgomery]                    State    [MD]
                                                                    Zip    [20814]

Week Starting on    Month    Day    Year
                    [7]    [23]    [2007]

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify day

Signature

08/06/2007  17:29  9143475472                    ACS SLS TARRYTOWN                    PAGE  18/28



**TSCI Infotech Management LLC**

**Weekly Work-Day Report**    Version 4

**First Name:** Daniel         **Rpt Site**

**Last Name** Acton

**Tax ID (SSN) Number** 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

**Personal Office Address / # Street:** 9116 Wilson Lane

Town Bethesda    County Montgomery    State MD    Zip 20814

**Week Starting on**   Month 7   Day 30   Year 2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period

Ttl ACS Work Days
Ttl Holiday
Ttl LLC Work Days
Ttl Vacation Days
Ttl Sick Days
Ttl Special Days

Additional Work Description Area, specify day

Signature



TBCI Infotech Management LLC

Weekly Work-Day Report    Version 4

First Name:                    Kumar          Last Name          Bhalamo

Tax ID (SSN) Number           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

Personal Office Address, # Street:        Englewood Cliffs          48 Office Terrace          Bergen

Week Starting on          Town                County                  State    NJ
                                                                       Zip    07632

Month  Day  Year
  7     2     2007

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify day

Signature

EPT Amanda Guide
Holiday
ACV 4 Holiday

08/06/2007    17:29    9143475472    ACS SLS TARRYTOWN    PAGE    20/28



08/06/2007  17:29   9143475472                    ACS SLS TARRYTOWN                    PAGE  21/28

TSCI Infotech Management LLC

Weekly Work-Day Report      Version 4

First Name: [Kumar]              Last Name [Bhaskaran]

Tax ID (SSN) Number [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]

Personal Office Address, # Street: [Englewood Cliffs]   County [Bergen]   46 Clifton Terrace   State NJ   Zip [07632]

Week Starting on

| Month | Day | Year |
|-------|-----|------|
| 7 | 16 | 2007 |

Do not write on blue or red cells

Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Signature

Additional Work Description Area, specify day

Total Operation 10-hr Work
Discussions on Code Review SOW
Code Review SDLC Estimation
Holiday

08/06/2007  17:29    9143475472                        ACS SLS TARRYTOWN                        PAGE  22/28



TSCI Infotech Management LLC

Weekly Work-Day Report        Version 4

First Name:    Kumar            Last Name        Bhaskara

Tax ID (SSN) Number            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

Personal Office Address, # Street:    Englewood Cliffs

Town        County        46 Clifton Terrace        Bergen        State  NJ    Zip  07632

Week Starting on    Month  Day  Year
                       7    23   2007

Do not write on blue or red cells

Thursday
Wednesday
Tuesday
Monday
Friday
Saturday
Sunday

This Week Period
Tot ACS Work Days
Tot Holiday
Tot LLC Work Days
Tot Vacation Days
Tot Sick Days
Tot Special Days

Additional Work Description Area, specify day.

Signature

08/06/2007  17:29  9143475472                ACS SLS TARRYTOWN                        PAGE  23/28



# TSCI Infotech Management LLC

**Weekly Work-Day Report**   Version 4

**First Name:** [        ]   **Last Name:** Bhaskaran

**Tax ID (SSN) Number** [        ]   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

**Personal / Office Address, # Street:** Englewood Cliffs

| Town | County | 46 Clifton Terrace | Bergen | State | NJ |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  | Zip | 07631 |

**Week Starting on** | Month 7 | Day 30 | Year 2007 |

Do not write on blue or red cells

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| --- | --- | --- | --- | --- | --- | --- | --- |

**This Week Period**
- Tot ACS Work Days
- Tot Holiday
- Tot LLC Work Days
- Tot Vacation Days
- Tot Sick Days
- Tot Special Days

**Additional Work Description, Area, specify day**

Signature



TBCI Infotech Management LLC

**Weekly Work-Day Report**    Version 4

**First Name:**    Chris    **Last Name**    McClenaghan

**Tax ID (SBN) Number**    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

**Personal Office Address, # Street:**    P O Box 906

Town (Monterey)    County    Monterey    State  CA
Zip  93942

**Week Starting on**    Month  Day  Year    7    2  2007

Do not write on blue or red cells

**Signature**

08/06/2007  17:29    9143475472                    ACS SLS TARRYTOWN                    PAGE  25/28





TSCI Infotech Management LLC

Weekly Work-Day Report    Version 4

First Name: [Club]    Last Name: McClanahan

Tax ID (SSN) Number: 915-9-3379

Personal Office Address, # Street: PO Box 000    Town: Monterey    County: Monterey    State/Zip: CA 93942

Week Starting on: Month 7  Day 16  Year 2007

Do not write on blue or red cells

**Policy and Guidelines**

ACS DC          ACS Office in Washington DC.
ACS ATL         ACS Office in Atlanta
ACS MD          ACS Office in Germantown, MD
ACS TX          ACS Office in Texas
ACS Other       ACS Office in other places - INSERT STATE NAME in WORK DESCRIPTION
ACS TSCI        ACS Work Day performed from TSCI Office - MUST INSERT WORK DESCRIPTION
ACS PO (State)  ACS Work Day performed from Personal Office - MUST INSERT WORK DESCRIPTION
LLC             Column K, Saturday, Sunday or ACS approved holiday day, not reported as "ACS Work Day"
Vacat/Holiday   Pre-approved LLC non-ACS work day - MUST INSERT WORK DESCRIPTION with approved email date
Special         Pre-approved paid special reason - MUST EXPLAIN with approved email date

NOTE:  ACS Contract is for ALL The dedication, therefore target for 5 ACS work days per week
NOTE:  Work Day must be voluntarily completed to support one FTE day, that least the number "1" in the paid day row cell
NOTE:  Partial days worked over two days in a week technology can be reported into ONE worked day if accumulated FTE work day accidented, insert "1" in day with most work
NOTE:  There can never be an entry different than "1" and only one entry per day row, than RED Column check cell, must always be "1"
NOTE:  No acct/transaction trans are counted as Work Days
NOTE:  Please a minimum Total of 240 FTE ACS work days per year must be achieved

Signature



08/06/2007  17:29    9143475472                    ACS SLS TARRYTOWN                    PAGE  28/28



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRANSFORMATIONAL STRATEGIES | ) | |
| CONSULTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 1:07-cv-01606-ESH |
| | ) | Judge: Ellen S. Huvelle |
| ACS STATE HEALTHCARE, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of plaintiff Transformational Strategies Consulting, Inc.'s Motion for

Summary Judgment, and the opposition filed by defendant ACS State Healthcare, LLC's

memorandum in opposition thereto, and the entire record herein, it is this _____ day of

_____, 2007,

ORDERED that plaintiff's Motion for Summary Judgment be, and hereby is, DENIED.


SO ORDERED:                                    _____

                                                Hon. Ellen S. Huvelle
                                                United States District Judge

Copies to:

J. Stephen McAuliffe, III                      David E. Mills
James A. Sullivan                              Lynn M. Deavers
Miles & Stockbridge, P.C.                      Dow Lohnes PLLC
11 North Washington Street                     1200 New Hampshire Avenue, NW
Suite 700                                      Suite 800
Rockville, MD 20850-4229                       Washington, D.C.  20036
smcauliffe@milesstockbridge.com                dmills@dowlohnes.com
jsullivan@mislesstockbridge.com                ldeavers@dowlohnes.com


Counsel for Plaintiff                          Counsel for Defendant
Transformational Strategies                    ACS State Healthcare, LLC
Consulting, Inc.