UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRANSFORMATIONAL STRATEGIES CONSULTING, INC.,**  Plaintiff,  v.  **ACS STATE HEALTHCARE, LLC,**  Defendant. | Civil Action No. 07-1606 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for partial dismissal of the complaint [Dkt. #8] is **DENIED**. It is

**FURTHER ORDERED** that plaintiff's motion for summary judgment [Dkt. # 7] is **GRANTED IN PART AND DENIED IN PART**. It is

**FURTHER ORDERED** that judgment is entered against defendant in the amount of $169,828.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 21, 2007