IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRANSFORMATIONAL STRATEGIES    *
CONSULTING, INC.                *
                                *
        Plaintiff               *
                                *
vs.                             *   Case No. 07-cv-01606-ESH
                                *
                                *
ACS STATE HEALTHCARE, LLC       *
                                *
        Defendant               *

**MEET AND CONFER STATEMENT**

Plaintiff, Transformational Strategies Consulting, Inc. ("TSCI" or "Plaintiff") and Defendant, ACS State Healthcare, LLC ("ACS" or "Defendant"), by and through their undersigned counsel, submit this joint report of their conference held pursuant to Fed. R. Civ. P. Rule 26(f) and LCvR 16.3, and state as follows:

**I.      STATEMENT OF THE CASE:**

TSCI filed this breach of contract action against ACS arising out of an Agreement to provide "Executive Consulting and Advice Regarding the Architecture and Development of the ACS Enterprise Claims Processing Application." In August of 2007, ACS terminated the Agreement. TSCI claims that ACS breached the Agreement by failing to pay the full amount of several outstanding invoices and by failing to pay Early Termination Charges as defined in the Agreement. ACS disputes the amounts owed under the invoices and further disputes that it owes any Early Termination Charges to TSCI.

At the outset of this case, the parties filed dispositive motions. On December 21, 2007, this Court issued a ruling on the motions pursuant to a Memorandum Opinion [Dkt.#15] and

Order [Dkt.#14].  The Court granted, in part, TSCI's motion for summary judgment [Dkt.#7] as to $169,828.00 of TSCI's total claim of $271,216 for unpaid invoices.  The Court held that the facts are in dispute as to whether ACS owes any further amounts under the invoices.  Furthermore, the Court held that the facts material to TSCI's claim for Early Termination Charges are in dispute.  Accordingly, the Court denied the remainder of TSCI's motion and denied ACS's Motion for Partial Dismissal of Complaint [Dkt.#8].

II.     **CONFERENCE:**

Counsel for Plaintiff, J. Stephen McAuliffe, III and James A. Sullivan, Jr. and counsel for Defendant, Lynn M. Deavers and W. Bradley Ney conferred by telephone conference on Friday, December 28, 2007, to discuss the matters set forth in Fed. R. Civ. P. Rule 26(f) and LCvR 16.3.

III.    **DISCOVERY PLAN:**

The parties jointly propose to this Court the following discovery plan:

A.      Discovery will be needed on the following subjects:  Liability and Damages.

B.      Disclosure or discovery of electronically stored information should be handled as follows:  The parties will work with each other to agree on a manner of production which will be compatible with their respective computer software programs.

C.      At this time, the parties do not request an order regarding claims of privilege or of protection as trial preparation material asserted after production.

D.      All discovery will be commenced in time to be completed by July 18, 2008.

E.      All requests for discovery will be in compliance with and as limited by the applicable Federal Rules and Local Rules of this Court.  Plaintiff anticipates that it may need more than 10 depositions during the course of discovery.  If Plaintiff deems it necessary to take

more than 10 depositions, then it will first seek consent of Defendant prior to seeking leave of Court.

  F. Expert disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(2) will be made no later than April 18, 2008.  Disclosures of expert rebuttal testimony will be made no later than May 19, 2008.

**IV. TOPICS LISTED IN LOCAL RULE 16.3(c):**

  A. <u>16.3(c)(1) Dispositive Motions</u>: This Court has ruled upon the dispositive motions previously filed by the parties.

  B. <u>16.3(c)(2) Joining Additional Parties and Amending Pleadings</u>:  The parties agree to join additional parties and/or amend the pleadings on or before March 18, 2008.

  C. <u>16.3(c)(3) Magistrate Judge</u>:  At this time, the parties do not request that this case be assigned to a Magistrate Judge.

  D. <u>16.3(c)(4) Settlement</u>:  The parties believe there may be a realistic possibility of settling the case.

  E. <u>16.3(c)(5) ADR</u>:  The parties believe that this case would benefit from mediation and that discovery should be stayed pending the completion of mediation.  The parties will agree to complete mediation on or before March 3, 2008.

  F. <u>16.3(c)(6) Dispositive Motions</u>:  The parties agree that dispositive motions should be filed on or before August 15, 2008; that oppositions to dispositive motions should be filed on or before September 12, 2008, and; that reply memoranda in support of dispositive motions should be filed on or before September 26, 2008.  The parties further propose that a decision on dispositive motions should be made on or before November 14, 2008.

G. <u>16.3(c)(7) Initial Disclosures</u>: The parties stipulate to dispense with the initial disclosures required by Rule 26(a)(1).

H. <u>16.3(c)(8) Discovery Plan</u>: See Section III. Furthermore, the parties agree that they will work toward submitting a stipulated Protective Order in this case.

I. <u>16.3(c)(9) Expert Witness Reports</u>: See Section III.

J. <u>16.3(c)(10) Class Actions</u>: Not applicable.

K. <u>16.3(c)(11) Bifurcation</u>: The parties do not request bifurcation of the trial and/or discovery.

L. <u>16.3(c)(12) Pretrial Conference</u>: The parties would request a pretrial date of Monday, December 15, 2008.

M. <u>16.3 (c)(13) Trial Date</u>: The parties believe that the trial date should be set at the Pretrial Conference thirty (30) to sixty (60) days after that conference.

N. <u>16.3 (c)(14) Other Matters</u>: The parties will make pre-trial disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(2) on or before November 24, 2008. The parties will file objections, if any, to their respective pre-trial disclosures on before December 8, 2008.

**V.    SCHEDULING ORDER:**

See attached Proposed Scheduling Order.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| | |
| J. Stephen McAuliffe, III (D.C. Bar No. 432378) | David E. Mills (D.C. Bar No. 401970) |
| James A. Sullivan, Jr. (D.C. Bar No. 475145) | Lynn M. Deavers (D.C. Bar No. 486306) |
| Miles & Stockbridge P.C. | Dow Lohnes PLLC |
| 11 North Washington Street | 1200 New Hampshire Avenue, N.W. |
| Suite 700 | Suite 800 |
| Rockville, MD  20850-4229 | Washington, D.C.  20036-6802 |
| (301) 762-1600 (telephone) | (202) 776-2000 (telephone) |
| (301) 762-0363 (facsimile) | (202) 776-2222 (facsimile) |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Transformational Strategies Consulting, Inc. | ACS State Healthcare, LLC |

January 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRANSFORMATIONAL STRATEGIES CONSULTING, INC. | * * * | |
| Plaintiff | * * | |
| vs. | * | Case No. 07-cv-01606-ESH |
| | * * | |
| ACS STATE HEALTHCARE, LLC | * * | |
| Defendant | * | |

## SCHEDULING ORDER

Upon consideration of the parties' Meet and Confer Statement, the Court adopts the following schedule for this proceeding:

| | |
|---|---|
| Completion of Mediation | March 3, 2008 |
| Joining Additional Parties and Amendment of Pleadings | March 18, 2008 |
| FRCP 26(a)(2) Expert Disclosures | April 18, 2008 |
| FRCP 26(a)(2) Expert Rebuttal Disclosures | May 19, 2008 |
| Discovery Closed | July 18, 2008 |
| Dispositive Motions | August 15, 2008 |
| Oppositions to Dispositive Motions | September 12, 2008 |
| Reply Memoranda in Support of Dispositive Motions | September 26, 2008 |
| Dispositive Motions Decided | November 14, 2008 |
| Pre-trial Disclosures under FRCP 26(a)(3) | November 24, 2008 |

2

| | |
|---|---|
| Objections to Pre-trial Disclosures under FRCP 26(a)(3) | December 8, 2008 |
| Pre-Trial Conference | December 15, 2008 |
| Trial | To be set at Pretrial Conference 30 to 60 days after Pre-trial Conference |

SO ORDERED.

_____                    _____
   Date                           ELLEN SEGAL HUVELLE
                                  United States District Judge

2