IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRANSFORMATIONAL STRATEGIES CONSULTING, INC. <br><br> Plaintiff <br><br> vs. <br><br> ACS STATE HEALTHCARE, LLC <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> * Case No. 07-cv-01606-ESH <br> * <br> * <br> * <br> * <br> * |

## NOTICE OF ERRATA

To the Clerk of the Court:

    Please accept for filing the attached corrected signature page to the Meet and Confer Statement filed on January 11, 2008 [Dkt.#18]. The attorneys' electronic signatures were omitted from the original filing in error.

    Respectfully submitted,

    /s/ James A. Sullivan, Jr.
    _____
    J. Stephen McAuliffe, III (D.C. Bar No. 432378)
    James A. Sullivan, Jr. (D.C. Bar No. 475145)
    Miles & Stockbridge P.C.
    11 North Washington Street, Suite 700
    Rockville, MD 20850
    Telephone (301) 762-1600
    Facsimile (301) 762-0363

    Attorneys for Plaintiff,
    Transformational Strategies Consulting, Inc.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ J. Stephen McAuliffe, III<br>/s/ James A. Sullivan, Jr. | /s/ David E. Mills<br>/s/ Lynn M. Deavers |
| J. Stephen McAuliffe, III (D.C. Bar No. 432378)<br>James A. Sullivan, Jr. (D.C. Bar No. 475145)<br>Miles & Stockbridge P.C.<br>11 North Washington Street<br>Suite 700<br>Rockville, MD  20850-4229<br>(301) 762-1600 (telephone)<br>(301) 762-0363 (facsimile) | David E. Mills (D.C. Bar No. 401970)<br>Lynn M. Deavers (D.C. Bar No. 486306)<br>Dow Lohnes PLLC<br>1200 New Hampshire Avenue, N.W.<br>Suite 800<br>Washington, D.C.  20036-6802<br>(202) 776-2000 (telephone)<br>(202) 776-2222 (facsimile) |
| Attorneys for Plaintiff<br>Transformational Strategies<br>Consulting, Inc. | Attorneys for Defendant<br>ACS State Healthcare, LLC |

January 11, 2008