## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **Transformational Strategies Consulting,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1606 (ESH)** |
| | ) | |
| **ACS State Healthcare,** | ) | |
| | ) | |
| **Defendant.** | ) | |
_____ )

## ORDER OF REFERRAL

Based upon the status hearing this date,  it is hereby

**ORDERED** this matter is referred to Magistrate Judge Alan Kay for settlement discussions to begin on or about January 18, 2008.  On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Alan Kay following the case number in the caption.  On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.  The parties are to jointly contact the Magistrate Judge in order to schedule the conference and mediation shall be completed by March 3, 2008.

**SO ORDERED.**


_____
s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 18, 2008